UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JASMINE BESISO and MYRONE POWELL,

                    Plaintiffs,                    16 Cv. 9461

-against-

MATT BARNES and DEMARCUS COUSINS,      AFFIDAVIT OF SERVICE

                  Defendants.
-----------------------------------------------------------------X

I, RANDALL R. PETEE, declare under penalty of perjury, I am over 18 years of age, I am not a party to the action, and that I served a copy of the Summons and Complaint via hand delivery and personally upon defendant Demarcus Cousins at 900 W. Olympic Boulevard, Los Angeles, California on February 14, 2017.

*[signature]*

714 West Olympic Boulevard, Suite 933
Los Angeles, California
90015
(213) 745-4080

Sworn to before me March 2, 2017

*[signature]*
Notary Public

JULIANA SERNAS
Commission # 2046865
Notary Public - California
Los Angeles County
My Comm. Expires Nov 22, 2017