|  |  |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 5/26/2020 |

JASMINE BESISO; MYRONE POWELL,

                    Plaintiffs,

v.

MATT BARNES; DEMARCUS COUSINS,

                    Defendants.

No. 16-CV-9461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On February 11, 2020, the Court granted the parties' "request to extend the time for mediation to a date in April 2020." Dkt. 71. The Court warned, however, that "[a]bsent good cause, no further extensions will be granted." *Id.* No later than May 29, 2020, the parties shall file a joint letter updating the Court on the status of this action, including their mediation efforts.

SO ORDERED.

Dated:    May 26, 2020
            New York, New York

                                            Ronnie Abrams
                                            United States District Judge