| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BESISO and MYRONE POWELL,

          Plaintiffs,

v.

MATT BARNES and DEMARCUS COUSINS,

          Defendants.

16-CV-9461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    In preparation for next week's post-discovery conference, no later than July 2, 2021, the parties shall submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:    June 22, 2021
          New York, New York

_____
RONNIE ABRAMS
United States District Judge