```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BESISO and MYRONE POWELL,

                        Plaintiffs,

              v.

MATT BARNES and DEMARCUS COUSINS.

                        Defendants.

16-CV-9461 (RA)

MEDIATION REFERRAL ORDER

RONNIE ABRAMS, United States District Judge:

    It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:    June 29, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge