

One State Street
15th Floor
New York, NY 10004
(212) 221-1000
www.shulman-hill.com

October 21, 2021

Hon. Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

        Re: Letter motion to Withdraw as Counsel
           ***Besiso et al. v. Barnes et al.***
           Case #: 1:16-cv-09461

Dear Judge Abrams:

  This letter motion is submitted on behalf of Michael Zogala, Esq. (former counsel for both Plaintiffs) pursuant to Local Civil Rule 1.4.

  I am no longer associated with the Law Offices of Michael S. Lamonsoff, PLLC, attorneys for the Plaintiff in the above-referenced matter. As such, I respectfully request that this Court issue an Order allowing me to withdraw as counsel of record for the Plaintiff in this matter. I am not personally entitled to, nor am I asserting any charging lien as any attorney's fee in this matter would be payable to the Law Offices of Michael S. Lamonsoff, PLLC.

  The Law Offices of Michael S. Lamonsoff, PLLC shall remain as counsel to the Plaintiff.

  I respectfully thank the Court for its consideration of this request.

              Yours very truly,

              Michael Zogala, Esq.

MZ/yz

Application granted. The Clerk of Court is respectfully directed to terminate Mr. Zogala from the docket.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/21/2021