UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BESISO and MYRONE POWELL,<br><br>Plaintiffs,<br><br>v.<br><br>MATT BARNES and DEMARCUS COUSINS,<br><br>Defendants. | No. 16-CV-9461 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

On June 29, 2021, the Court referred this case to the Court-annexed Mediation Program and ordered the parties to submit a joint status letter to the Court within two weeks of the termination of mediation. Dkts. 84, 85. The first mediation conference took place on September 8, 2021.

The Court has not since heard from the parties. No later than November 23, 2021, the parties shall file a letter updating the Court on the status of mediation.

SO ORDERED.

Dated:    November 9, 2021
         New York, New York

                                      Ronnie Abrams
                                      United States District Judge