# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○◌
Beth Kirschner, Esq.○
Stacey Haskel, Esq.*
Jazmine Kendrick, Esq.○
Jacob S. Traub, Esq.○◌≉ ^○◊⋆⋆



Romina Tominovic, Esq.
Ryan Sharp, Esq. ◌○◦
Jason Lesnevec, Esq. *
Mark Mahan, Esq. ◌◌
Ryan Charder, Esq. ◌◌
Panagiotis D. Christakis, Esq. ◌◌

Also Admitted in
○E.D.N.Y.
◌S.D.N.Y.
≉W.D.N.Y.
^N. D. N.Y.
◊ NJ Federal Court
*Also admitted in New Jersey
•Second Circuit Court of Appeals
◦ Third Circuit of Appeals

**Of Counsel**
Darren T. Moore, Esq.
David Carr, Esq.
Deborah Eddy, Esq.
Jessica Massimi, Esq.

November 22, 2021

Hon. Ronnie Abrams

United States District Court

Southern District of New York

40 Foley Square

New York, NY 10007

Re:  Joint Status Letter
*Jasmine Besiso and Myrone Powell v. Matt Barnes and Demarcus Cousins*
Docket No: 16-cv-9461

Dear Judge Abrams:

Please accept this letter in response to the Court's November 9, 2021 Order to advise on the status of the action and mediation efforts. Mediation was unsuccessful. The undersigned attempted to speak to all defense counsel in this matter in order to submit a joint letter; however, my attempts went un-responded to.

The undersigned thanks the Court for its consideration.

Yours very truly,

LAW OFFICE OF MICHAEL S. LAMONSOFF, PLLC
Financial Square at 32 Old Slip, New York, NY 10005
msllegal.com

The Law Offices of Michael S. Lamonsoff, PLLC
*Attorneys for Plaintiffs*


By: _s://_____

Jason Lesnevec, Esq.