UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BESISO and MYRONE POWELL,

                Plaintiffs,

v.

MATT BARNES and DEMARCUS COUSINS,

                Defendants.

No. 16-CV-9461 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 29, 2021, the post-discovery conference originally scheduled for July 2, 2021 was adjourned *sine die* to allow the parties to participate in mediation. Dkt. 84. It has been reported to the Court that mediation was unsuccessful. Dkt. 89. It is hereby:

ORDERED that counsel for the parties appear for a post-discovery conference on December 10, 2021 at 1:30 p.m. The Court will hold this conference by telephone. The parties shall use the following dial-in information to call into the conference: Call-in Number: (888) 363–4749; Access Code: 1015508. The conference line is open to the public.

SO ORDERED.

Dated:    November 29, 2021
              New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge