# LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC

Michael S. Lamonsoff, Esq.○△
Beth Kirschner, Esq.○
Stacey Haskel, Esq.*
Jazmine Kendrick, Esq.○
Jacob S. Traub, Esq.○△∞ ^○◊•▫

Romina Tominovic, Esq.
Ryan Sharp, Esq. △○▫
Jason Lesnevec, Esq. *
Mark Mahan, Esq. △○
Ryan Charder, Esq. ○▫
Panagiotis D. Christakis, Esq. ○▫

Also Admitted in
○E.D.N.Y.
△S.D.N.Y.
∞W.D.N.Y.
^N. D. N.Y.
◊ NJ Federal Court
*Also admitted in New Jersey
•Second Circuit Court of Appeals
▫ Third Circuit o Appeals

**Of Counsel**
Darren T. Moore, Esq.
David Carr, Esq.
Deborah Eddy, Esq.
Jessica Massimi, Esq.



December 7, 2021

Hon. Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:  Joint Status Letter
*Jasmine Besiso and Myrone Powell v. Matt Barnes and Demarcus Cousins*
Docket No: 16-cv-9461

Dear Judge Abrams:

    Please accept this joint letter in response to the Court's November 9, 2021 Order to advise on the status of the action and mediation efforts. Mediation was unsuccessful. Defendant DeMarcus Cousins intends to move for summary judgment after the close of discovery. Meister Seelig & Fein LLP intends to move to withdraw as counsel for defendant Matt Barnes.

Yours very truly,

ALL CORRESPONDENCE TO NEW YORK OFFICE: **New York Office**: 32 Old Slip, 8th Floor, New York, NY 10005 ▫ **New Jersey Office**: 88 Pompton Avenue, Verona, NJ 07044 - **Main Telephone**: (212) 962-1020 ▫ **Toll Free**: (877) 675-4529 ▫ **Fax**: 212-962-3078 ▫ www.msllegal.com


The Law Offices of Michael S. Lamonsoff, PLLC
*Attorneys for Plaintiffs*

By: _s://_____
Jason Lesnevec, Esq.

Meister, Seelig & Fein, LLP
*Attorneys for Defendant Barnes*

By: _s://_____
Kevin A. Fritz, Esq.

Wade, Clark, Mulcahy, LLP
*Attorneys for Defendant Cousins*

By: _s://_____
Michael A. Bono, Esq.