UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BESISO and MYRONE POWELL,           Civil Action No.: 16-cv-9461 (RA)

                    Plaintiff,

-v-                                         **NOTICE OF MOTION**
                                            **TO WITHDRAW AS COUNSEL**

MATT BARNES and DEMARCUS
COUSINS,
                    Defendants.


        **PLEASE TAKE NOTICE** that pursuant to Local Civil Rule 1.4 of Civil Procedure, and

to Rule 1.16 (c) (7) of Professional Conduct, attorneys Kevin A. Fritz, Mitchell Schuster, and

Eugene Meyers of Meister Seelig & Fein LLP ("MSF") respectfully move this court 1) to permit

to withdraw as defendant Matt Barnes' counsel and 2) for other and further relief as the Court

deems just and proper. In support of this Notice of Motion, Kevin A. Fritz, Mitchell Schuster, and

Eugene Meyers submit Memorandum of Law, and Kevin A. Fritz's Declaration dated December

9, 2021, which are being filed contemporaneously with this notice.


Dated: New York, New York                   MEISTER SEELIG & FEIN LLP
       December 9, 2021


                                            /s/ *Kevin A. Fritz*
                                            By: Kevin A. Fritz, Esq.
                                            Mitchell Schuster, Esq.
                                            Eugene Meyers, Esq.
                                            125 Park Avenue, 7th Floor
                                            New York, New York 10017
                                            Telephone: (212) 655-3500
                                            kaf@msf-law.com

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the NOTICE OF MOTION TO WITHDRAW AS COUNSEL and Supporting Documents were served, within the time provided by the Rules, upon: (a) Jason Lesnevec of The Law Offices of Michael S. Lamonsoff, PLLC, as counsel for plaintiffs, via electronic filing; (b) Michael A. Bono of Wade, Clark, Mulcahy, LLP, as counsel for defendant DeMarcus Cousins, via electronic filing; (c) defendant Matt Barnes via (i) FedEx overnight delivery to 15850 Seville Lane, Encino, CA 91436, which is his last known address; (d) FedEx overnight delivery to Chris Moogan, Claim Director, North American Casualty Claims, Chubb, 150 Allen Road, Suite 101, Basking Ridge, NJ 07920, which is Mr. Barnes' insurer; and (e) email to Chris Moogan (chris.moogan@chubb.com).

I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.


_/s/ Kevin A. Fritz_____
KEVIN A. FRITZ

Dated: December 9, 2021