UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BESISO and MYRONE POWELL,<br><br>             Plaintiff,<br>-v-<br><br>MATT BARNES and DEMARCUS COUSINS,<br>             Defendants. | Civil Action No.: 16-cv-9461 (RA)<br><br>**PROPOSED ORDER** |

   Having considered Notice of Motion to Withdraw as Counsel, and other documents presented to this Court in support of the parties' position on the Motion, it is HEREBY ORDERED that:

1. MEISTER SEELIG & FEIN LLP's Motion to Withdraw as Counsels is GRANTED.

2. Counsel for defendant MATT BARNES, Kevin A. Fritz, Mitchell Schuster, and Eugene Meyers, are granted leave to withdraw as counsel for defendant MATT BARNES in this action, including any resulting appeal.


IT IS SO ORDERED.

Dated:

This ___ day of _____, 20_____.


_____

Hon. RONNIE ABRAMS
UNITED STATES DIDSTRICT JUDGE