

**WADE CLARK MULCAHY LLP | ATTORNEYS**

180 Maiden Lane Suite 901  |  New York  |  NY  10038  |  212.267.1900  |  212.267.9470 Fax  |  www.wcmlaw.com

May 9, 2022

*Via: ECF*

Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *Besiso et al v Barnes et al.*
               Docket No.:   1:16-cv-09461-RA

Dear Judge Abrams:

We represent Defendant DeMarcus Cousins in the above referenced matter.

We write in connection with the correspondence from counsel for co-defendant Barnes dated May 6, 2022, and from counsel for plaintiffs dated May 9, 2022, to advise that defendant Cousins joins in the request from defendant Barns for a further examination of plaintiff Powell for the reasons set forth in the letter from defendant Barnes of May 6, 2022.

Thank you for your consideration of this application.

Respectfully,

WADE CLARK MULCAHY LLP

/s/
**Michael A. Bono**