# Exhibit 1

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE SOUTHERN DISTRICT OF NEW YORK

 3   JASMINE BESISO and MYRONE      )
     POWELL,                        )      CERTIFIED COPY
 4                                  )
                      Plaintiffs,   )
 5                                  )
                 vs.                )      16-CV-9461
 6                                  )
     MATT BARNES and DEMARCUS       )
 7   COUSINS,                       )
                                    )
 8                    Defendants.   )
                                    )
 9

10

11

12      VIDEOTAPED DEPOSITION OF DEMARCUS COUSINS

13          Taken on Tuesday, April 24, 2018

14   By a Certified Court Reporter and Legal Videographer

15                   At 10:14 a.m.

16             At 400 South Seventh Street

17                  Las Vegas, Nevada

18

19

20

21

22

23

24   Reported by:  MARY COX DANIEL, FAPR, RDR, CRR, CCR 710

25   Job No. 27209
```

Page 2

```
 1    APPEARANCES:

 2    For Plaintiff:

 3            THE LAW OFFICES OF MICHAEL S. LAMONSOFF, PLLC
              BY:  JOSEPH E. GORCZYCA, ESQ.
 4            32 Old Slip
              8th Floor
 5            New York, NY 10005

 6    For Defendant Matt Barnes:

 7            MEISTER SEELIG & FEIN LLP
              BY:  MITCHELL SCHUSTER, ESQ.
 8            125 Park Avenue
              7th Floor
 9            New York, NY 10017

10    For Defendant DeMarcus Cousins:

11            WADE CLARK MULCAHY
              BY:  DENNIS M. WADE, ESQ.
12            180 Maiden Lane
              Suite 901
13            New York, NY 10038

14

15    Also Present:  Dawn Beck, Videographer

16

17

18

19

20

21

22

23

24

25
```

```
 1                   I N D E X

 2   WITNESS:   DEMARCUS COUSINS

 3                                             PAGE

 4   Examination By Mr. Gorczyca                  5

 5

 6                   (No exhibits were marked)

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Electronically signed by Mary Cox Daniel (101-361-287-3117)          15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 4

1           THE VIDEOGRAPHER:  Good morning.

2           This is Digital Media No. 1 in the deposition

3  of DeMarcus Cousins.  Today's date is April 24, 2018.

4  The time is 10:14 a.m.  We are located at 400 South

5  Seventh Street, Suite 400, in Las Vegas, Nevada.

6           This case is entitled Jasmine Besiso and

7  Myrone Powell versus Matt Barnes and DeMarcus Cousins.

8  The case number is 16-CV-9461, in the United States

9  District Court for the Southern District of New York.

10          My name is Dawn Beck, legal videographer.

11  Your court reporter is Mary Daniel.  And we represent

12  Oasis Reporting Services.

13          Will counsel please state your appearance for

14  the record and whom you represent?

15          MR. GORCZYCA:  For the Plaintiffs, Joseph

16  Gorczyca, G-O-R-C-Z-Y-C-A.

17          MR. WADE:  Dennis M. Wade of the firm Wade,

18  Clark, Mulcahy, for DeMarcus Cousins.

19          MR. SCHUSTER:  Mitchell Schuster, from Meister

20  Seelig & Fein, for Defendant Matt Barnes.

21          THE VIDEOGRAPHER:  Will the court reporter

22  please administer the oath?

23  \ \ \

24  \ \ \

25  \ \ \

1                    DEMARCUS COUSINS,

2   having first sworn or affirmed to testify to the truth,

3   the whole truth and nothing but the truth, was examined

4   and testified as follows:

5                         EXAMINATION

6   BY MR. GORCZYCA:

7       Q    Good morning, sir.  My name is Joe Gorczyca,

8   and I represent the Plaintiffs.

9            I'm going to be asking you a series of

10  questions today.  If at any time you don't understand

11  my question, please let me know, and I'm happy to

12  rephrase.  If at any time you would like to take a

13  break for any reason at all, or for no reason at all,

14  I'm happy to accommodate.  I'd just have you answer

15  whatever question is out there.

16           Sir, have you ever been deposed before?

17      A    Been to where?

18      Q    Been to a deposition like this before?

19      A    Uh-uh.

20      Q    Okay.  As you see here today, we have a court

21  reporter and a videographer taking down everything that

22  you say and everything I say.  And at the end of it,

23  you'll be given a transcript and be allowed to make

24  certain corrections, and your attorney will tell you

25  some of the rules that apply.

Page 6

1          But one of the rules that applies herein is

2    that you have to answer all the questions that are

3    asked to you, and you have to give a verbal answer.

4    You have to physically say something.  You can't simply

5    just nod your head or say "uh-huh," because although

6    there's a videographer, the court reporter cannot get

7    those things down.

8          If you're approximating something, let us

9    know.  Don't guess.  Just give us your best

10   recollection of what you recall.

11         Do you understand my instructions so far?

12   A     Yes.

13   Q     In the last 24 hours, have you taken any

14   medication, drugs, or alcohol that would impair your

15   ability to tell the truth today?

16   A     No.

17   Q     Are you on any medication today that would

18   impair your ability to recollect any facts dating back

19   to the alleged incident?

20   A     No.

21   Q     Mr. Cousins, where do you currently reside?

22   A     Here in Las Vegas.

23   Q     And do you reside in a private home?  A hotel?

24   Something else?

25   A     A home.

1      Q    Is that your primary residence, or do you

2    reside somewhere else?

3      A    Primary.

4      Q    And where is that address?

5      A    Um, do you want me to say it out loud?

6           MR. WADE:  Counsel, if I give you my

7    undertaking I'll give you his address, his personal

8    address, if necessary.  I'd rather not have it on the

9    record.

10          MR. GORCZYCA:  Fine.  Do you agree to --

11          MR. WADE:  Is that okay with you?

12          MR. GORCZYCA:  Yeah, that's fine.  Do you

13   agree to accept service on his behalf?

14          MR. WADE:  I do.

15          MR. GORCZYCA:  All right.  Perfect.  Thanks.

16   BY MR. GORCZYCA:

17     Q    And, Mr. Cousins, are you currently employed?

18     A    Yes.

19     Q    And who are you currently employed by?

20     A    The New Orleans Pelicans.

21     Q    And how long have you been employed by the New

22   Orleans Pelicans?

23     A    A year and a half.

24     Q    Okay.  And what is your current job?

25     A    Professional basketball player.

Page 8

1       Q    Before you were employed by the New Orleans

2   Pelicans, who were you employed by?

3       A    Sacramento Kings.

4       Q    How long were you employed by the Sacramento

5   Kings?

6       A    Seven years.

7       Q    And before that, did you currently work?  Did

8   you work before that?

9       A    What do you mean?

10      Q    Were you in school?  Did you work?  What did

11  you do before --

12      A    I went from school to the NBA.

13      Q    And where did you go to school?

14      A    Kentucky.

15      Q    And did you graduate from the University of

16  Kentucky?

17      A    No.  I did a year.

18      Q    Okay.  Are you currently in any educational

19  programs, anything like that?

20      A    Uh-uh.

21      Q    Do you -- you have to verbally say.

22      A    Oh.  No, no.  Sorry.

23      Q    And aside from your employment with the NBA

24  Pelicans, do you have any other employment?

25      A    Uh-uh.

```
 1      Q    Have you ever been arrested?

 2      A    Uh-uh.  No, sir, no.

 3      Q    Have you ever been convicted of any crimes?

 4      A    No.

 5      Q    Have you ever been suspended from playing

 6   basketball through the NBA?

 7      A    Yes.

 8      Q    How many times?

 9      A    Three or four maybe.  I don't know.

10      Q    How many times have you been fined by the NBA?

11      A    I don't know.  I've been fined before.

12      Q    And do you know if the fines and suspensions

13   exceed a million dollars?

14      A    I don't keep up with that number.

15      Q    And would you have any records that you would

16   keep up with those incidents?

17      A    No.

18      Q    And do you know how many incidents that

19   resulted in suspensions?  And I don't mean from game

20   play.  I mean from other activities.

21      A    No.

22      Q    Were you suspended as a result of the alleged

23   incident on the night of December 4th, 2016?

24      A    Say that again.

25      Q    Were you suspended or fined in any way as a
```

Page 10

1   result of the incident at the Avenue nightclub on

2   December 4th, 2016?

3       A    No.

4       Q    Okay.  And previous to that, were you ever

5   suspended or fined for using foul language directed at

6   fans?

7       A    I was fined, yes.

8       Q    And was that on October 21 of 2017?

9       A    Maybe.  I don't know.

10      Q    And was it -- did it include another incident

11  on March 9th?

12      A    Another -- I don't -- I can't just think off

13  the top of my head when these happen.  I don't know.

14      Q    Okay.  And was there another incident

15  involving yourself and a reporter by the name of Andy

16  Furillo, F-U-R-I-L-L-O?

17      A    Yes.

18      Q    And when was that?

19      A    Whenever it happened.  I don't know.

20      Q    And was that a verbal altercation?  A physical

21  altercation?  Something else?

22      A    Verbal.

23      Q    And how long did that verbal altercation last?

24      A    I don't know.  A couple -- couple of minutes.

25  I don't know.

1      Q     Okay.  And was there another incident at a

2   place called The Drynk Soho, D-R-Y-N-K, Soho?

3      A     Soho?

4      Q     In Tampa, Florida.

5      A     That was my brother.

6      Q     It was your brother?  Were you present when

7   that occurred?

8      A     Yes.

9      Q     Okay.  And aside from those four incidents,

10  are there any other incidents where you've been fined

11  or suspended, not because of game play activity, but

12  because of --

13     A     No, not that I --

14     Q     -- outside activity?

15     A     No.

16     Q     Okay.  One other rule I want to let you know

17  is, the court reporter can only take one of us down at

18  a time.  Many, many times you'll know the answer to

19  question before I finish.  Just let it finish so she

20  can get it down so there's no confusion in the record.

21     A     No problem.

22     Q     Okay.  Do you currently maintain a homeowner's

23  insurance policy?  Do you have insurance?

24     A     Yes.

25     Q     Okay.  Is your -- are you being represented by

Page 12

1    insurance counsel, or private counsel, or both?

2          MR. WADE:   Note my objection to the form of

3    the question.

4          THE WITNESS:   You have to ask my --

5          THE REPORTER:   I'm sorry.   I didn't hear you.

6          THE WITNESS:   You'll have to ask my financial

7    advisor.   I don't know.

8    BY MR. GORCZYCA:

9     Q    Okay.   Do you maintain social media accounts?

10    A    Yes.

11    Q    And what are the accounts?   Facebook?

12    Twitter?   Social --

13    A    Twitter, Instagram.

14    Q    Uh-huh.

15    A    And I think I got a Facebook.   Yeah.

16    Q    Okay.   Do you maintain those yourself, or does

17    somebody else maintain them on your behalf?

18    A    Somebody else maintains them.   I do -- I do

19    some work on it, but not much.

20    Q    And the posts that are in your name, do you

21    know which -- could you delineate which ones are posted

22    by you or posted by your social media people?

23    A    Yeah, I guess.

24    Q    Okay.   And you mentioned Instagram.   What's

25    the Instagram name?

Page 13

1      A    Boogie Cousins.

2      Q    And the Facebook name?

3      A    DeMarcus Cousins, maybe.  I don't know.

4      Q    And the Twitter?

5      A    Boogie Cousins.

6      Q    Do you have Snapchat?

7      A    Yes.

8      Q    Did you have Snapchat back in December 4th of

9    2016?

10     A    Yes, I believe so.

11     Q    Okay.  Did you -- did you regularly use

12   Snapchat back in December of 2016?

13     A    I've hardly ever used Snapchat.

14     Q    Okay.  And what about -- did you have a cell

15   phone back in 12 -- December 4th, 2016?

16     A    Yes.

17     Q    Okay.  And who was your cell phone provider?

18     A    Verizon.

19     Q    Is it the same cell phone that you have now,

20   same phone number?

21     A    Uh-huh.  Yes.  Yes.  Yes.

22     Q    And on December 4th, 2016, did you use that

23   cell phone?

24          MR. WADE:  Counsel, can you -- just for the

25   purposes of the record, can you --

Page 14

```
 1              MR. GORCZYCA:  I'm just laying out --
 2              MR. WADE:  -- delineate the date so it's clear
 3    that you're referring to the incident that brings us
 4    here?
 5              MR. GORCZYCA:  Sure.
 6    BY MR. GORCZYCA:
 7        Q    Okay.  Mr. Cousins, what I'm doing here is, I
 8    want to talk to you a little bit about the night of
 9    December 4th into December 5th --
10        A    Uh-huh.
11        Q    -- of 2016.  Okay?
12        A    Uh-huh.
13        Q    Do you recall that night?
14        A    Yes.
15        Q    And were you in New York City on that night?
16        A    Yes.
17        Q    Had you played a game at the Garden that
18    night?
19        A    It was either the Knicks or the -- or the
20    Nets.  I don't really remember.
21        Q    Okay.  And what team were you playing for at
22    that time?
23        A    The Kings.
24        Q    And do you recall how your performance was
25    that night?
```

Page 15

1    A    I'm pretty sure it was amazing.

2    Q    And do you recall how many points you scored?

3    A    Probably a lot.

4    Q    What would be a lot?

5    A    A lot.   More than you could score.

6    Q    That's certainly true.   More than 20?

7    A    Most likely.

8    Q    More than 30?

9    A    Somewhere around there.

10    Q    Okay.   I want to talk about the day leading up

11    to that game.

12    A    Uh-huh.

13    Q    All right.   The morning of December 4th, 2016,

14    do you know if you flew into New York that day or you

15    had been there the day before?

16    A    I don't really recall.   I believe we were on a

17    road trip.   So, maybe.

18    Q    Okay.   Do you remember how many days you had

19    been on a road trip?

20    A    No.

21    Q    And leading up to the game, walk me through

22    your daytime routine that day.

23    A    Leading up to the game?

24    Q    Uh-huh.

25    A    I'm pretty sure we had a shoot-around.   We

Page 16

1    come back from shoot-around, we have our breakfast

2    meeting.  And I usually nap all the way up until the

3    game.

4        Q    And do you recall what time the game started?

5        A    Most likely 7:00 maybe.  I don't know.  Maybe

6    it was an early game.  I don't know.  It depends on

7    what day it was on.  If it was -- if it was on the

8    weekend, it was probably an early game.

9        Q    If I said it was a night game, would that

10   refresh your recollection?

11       A    I mean, it could start earlier and end into

12   the night.  So, no, not really.

13            MR. WADE:  Listen to his question.  He posited

14   that it was a night game and asked you, does that

15   refresh your recollection whether on the 4th it was a

16   night game.  In other words, he wants to know, if he

17   tells you it was a night game as a matter of fact, does

18   that refresh your recollection?  Yes or no?

19            THE WITNESS:  I guess.  I don't -- I don't

20   really remember.

21            MR. WADE:  Okay.  That's fine.  Then that's

22   the answer.

23   BY MR. GORCZYCA:

24       Q    We don't want you to guess.

25       A    Yeah.  I don't really remember.

1          MR. WADE:   That's the answer.

2    BY MR. GORCZYCA:

3        Q    Okay.  And following the game, walk me through

4    what happens after, immediately after the game before

5    you leave the arena.

6        A    I don't know.

7        Q    Do you get hydrated?  Do you take fluids?  Do

8    you take an IV?

9        A    I'm -- we hydrate throughout the entire game.

10   We hydrate afterwards.  We get stretched.  We -- you

11   know, we just go through the maintenance work on our

12   bodies.

13       Q    Okay.  Following that, the maintenance work of

14   your body, did you go back to a hotel, or did you go

15   immediately out to a nightclub?  Something else?

16       A    I'm not sure.

17       Q    Okay.  Did you have a residence in New York

18   back in 2016?  Did you maintain an apartment?  A

19   pied-à-terre?  Anything like that?

20       A    No.

21       Q    Okay.  Now, after the game, do you know if you

22   went straight out that night?  Or did you go home?  Did

23   you go to a hotel?

24       A    I mean, I remember I was going out to dinner.

25   I don't -- I don't know what time, or anything like

Page 18

1     that.

2        Q     Okay.  And --

3        A     I went out to dinner.

4        Q     And do you recall who you went out to dinner

5     with?

6        A     A couple friends.  Matt.

7        Q     Would that be Matt Barnes?

8        A     Yes.

9        Q     Okay.  Who else?

10       A     My security Said, Polly.  That's it.

11       Q     Now, you mentioned your security Said.  Is

12    it -- do you know what Said's last name is?

13       A     No, I don't.

14       Q     And is he personal security, like you

15    personally pay for him?  Is he provided --

16       A     He would be my --

17       Q     -- by the association?

18       A     Sorry.  He was my personal security.

19       Q     And how long has -- is Said still under your

20    personal employ?

21       A     No, no.  He was -- he was just working at that

22    time.  It wasn't like an annual thing, or anything like

23    that.

24       Q     And does Said carry a weapon?

25       A     No.

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 19

1      Q    Can you describe what Said looks like?

2      A    No -- light skin, heavyset, maybe around

3   6-foot.

4      Q    Okay.  And do you recall where you went out to

5   dinner that night?

6      A    I don't -- I don't know the name of the place.

7      Q    Okay.  Following the dinner, did you have

8   plans to go to a nightclub?

9      A    Yeah.  We ended up going to a nightclub.

10      Q    Okay.  Now, there was an alleged incident at a

11   nightclub on the evening of the 4th, into the 5th.  Did

12   you go to one nightclub that night or multiple

13   nightclubs?

14      A    One.

15      Q    How did you get to that nightclub?  Car?

16   Taxi?

17      A    Most likely a car.

18      Q    And whose idea was it to go to that nightclub,

19   that specific nightclub?

20      A    I don't really know.  Collective agreement, I

21   guess.

22      Q    Had you ever been there before?

23      A    No.

24      Q    And do you know what it was called?

25      A    Avenue, I believe.

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 20

1     Q    Okay.  And did you join additional people

2  before you went to the nightclub?

3     A    No, not really.

4     Q    Do you recall what you were wearing?

5     A    No.  I'm pretty sure I was fresh, though.

6     Q    And when you say "fresh," what do you mean by

7  that?

8     A    Clean.

9     Q    When you were at dinner, did you consume any

10  alcohol?

11     A    I don't believe so, no.

12     Q    Do you know if Mr. Barnes consumed any alcohol

13  at dinner?

14     A    I don't know.  If he did, I wasn't aware.

15     Q    Do you have any personal policies or

16  procedures about not drinking during the season, or

17  will you consume alcohol during the season?

18     A    I don't drink as much during the season, no.

19     Q    Aside from alcohol, had you consumed anything

20  else?  Any marijuana?  Illicit drugs?  Anything else?

21     A    No.

22     Q    Were you on any supplements, or anything like

23  that?

24     A    No.

25     Q    And aside from Mr. Barnes, were there any

1    other professional basketball players who joined you

2    that evening?

3        A    No.

4             MR. WADE:   Note my form -- objection to the

5    form of the question.   You mean encountered there, or

6    who joined the group?

7    BY MR. GORCZYCA:

8        Q    Who joined the group?

9        A    No.

10       Q    Do you know if Ty Lawson was there?

11       A    I don't recall.

12       Q    Do you know if John Wall was there?

13       A    I don't recall.

14       Q    Now, did you know any of the -- the women who

15   were with Mr. Barnes?

16       A    What women?

17       Q    Were there any women who joined Mr. Barnes?

18       A    Oh, well -- well, Polly.

19       Q    Polly?

20       A    Yeah.

21       Q    Okay.   And had you known Polly before?

22       A    Yeah, I know Polly.

23       Q    How do you know Polly?

24       A    Through Matt.

25       Q    And do you know what Polly's last name is?

Page 22

```
 1      A     No.

 2      Q     Do you know who Laura Closure is?

 3      A     That's Polly.

 4      Q     Okay.

 5      A     Yeah.

 6      Q     Do you know what the -- where the nickname

 7   comes from?

 8      A     No.

 9      Q     And how long have you known Polly?

10      A     I met Polly when me and Matt became teammates.

11      Q     And when did you and Matt become teammates?

12      A     The beginning of the -- of that season.

13      Q     And did you socialize with Mr. Barnes outside

14   of work?

15      A     Occasionally, yeah.

16      Q     And how occasionally?  Were you guys close

17   friends, or just simply work colleagues?

18      A     We were good friends.

19      Q     Okay.

20      A     He's my teammate.  I'm friends with all my

21   teammates.

22      Q     Uh-huh.  But I mean you're social friends.

23   Would you go to his house?  Would you -- did you know

24   his family, things like that?

25      A     I know his kids, yeah.
```

```
 1       Q      Okay.

 2       A      I would go to his house.

 3       Q      Are you currently married?

 4       A      Uh-uh.  No.

 5       Q      Have you ever been married?

 6       A      No.

 7       Q      Do you have any children?

 8       A      Two.

 9       Q      What are their ages?  I don't need their

10   names.

11       A      6 and 5.  You -- say that again.

12       Q      I said I don't need their names.  I just want

13   their ages.

14       A      Oh.

15       Q      When you got into the Avenue nightclub, did

16   you have to wait in line?

17       A      Probably not.

18       Q      Okay.  And when you got in, did you guys have

19   a reserved table?

20       A      Yes.

21       Q      Did they know you were coming?

22       A      Yes.

23       Q      How did they know you were coming?

24              MR. WADE:  Note my objection to the form of

25   the question.
```

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 24

1    BY MR. GORCZYCA:

2        Q    Well, I'll rephrase it.

3             Did you -- did you personally call ahead?

4        A    No.  I don't have any connections in New York.

5        Q    Okay.  Do you know who personally called

6    ahead?  Would that be Mr. Barnes?  Someone else?

7        A    No.

8        Q    Aside from Said, was there any other personal

9    security with --

10       A    No.

11       Q    -- your group?

12            And when you got to the Avenue nightclub, was

13   it busy?

14       A    I think.  I don't really know.

15       Q    Okay.  And when you got there, did you speak

16   to anyone as you walked in?  And I mean an employee

17   of Avenue.

18       A    Not that I can recall.

19       Q    Okay.  Do you know if Mr. Barnes did?

20       A    Not sure.

21       Q    Was Polly with you when you guys entered the

22   club, or was she already there?

23       A    I believe she was.

24       Q    She was with you or already there?

25       A    With us, yes, I believe.

Page 25

```
 1        Q    Was there anybody else with your group at that
 2   time besides yourself, Barnes, and Polly?
 3        A    Said, my security.
 4        Q    And Said.  Anyone else?
 5        A    Uh-uh.  No.
 6        Q    Is there a reason why you had employed Said
 7   that night?
 8        A    He was working with the team anyway.
 9        Q    Okay.
10        A    Well, he was working with me during the road
11   trip for the team.  So, yeah.
12        Q    And how long had you known Said?
13        A    I guess you could say about a year --
14        Q    Okay.
15        A    -- because he -- he also worked with me for
16   the USA.
17        Q    Okay.  Is that the USA men's basketball team?
18        A    Yes.
19        Q    And what was his function or role that night?
20   What was he supposed to do for you?
21        A    Security.
22        Q    Okay.  And when you say "security," what do
23   you -- what do you mean?
24        A    What security does.
25        Q    Okay.  Well, does that mean no one can
```

Electronically signed by Mary Cox Daniel (101-361-287-3117)    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 26

1    approach you, that they're -- he's supposed to keep

2    people away from you?  I'm just curious because you are

3    obviously not the same person as I am when we walk down

4    the street.  So your security may or may not have

5    different functions.  I don't mean to pry or press you,

6    but that's the reason why I'm asking.

7         A    He secures the product.

8         Q    Okay.  Would he prohibit people from speaking

9    to you?

10        A    He does his job.  I don't really know.  I'm

11   not in security, so I can't answer that.

12        Q    Okay.

13        A    I play basketball.

14        Q    I understand that.

15        A    Security does what security does.

16        Q    Uh-huh.  Is he limited in how far he can walk

17   away from you at any given time?

18        A    Yeah, for the most part.

19        Q    And does he provide security simply to you, or

20   would he also provide it to --

21        A    He was assigned to me.

22        Q    Okay.  But my question is:  Would he also

23   provide security to Matt Barnes?

24        A    I mean, I would believe so.

25        Q    Okay.  And was he with you at dinner?

```
 1      A      Yes.

 2      Q      Okay.  When you got to the Avenue nightclub,

 3   did you eventually get to a table or a seat?

 4      A      Yes.

 5      Q      And do you recall where that was?

 6      A      Like, towards the bar, I believe.

 7      Q      Okay.  Was it in a private area?  A VIP area?

 8   Something else?

 9      A      Yes, if it's a table, it's most likely a VIP

10   area.

11      Q      And when you got to the table, was there

12   alcohol being provided?

13      A      Yes.

14      Q      And do you recall what was being provided?

15      A      Most likely Hennessey.

16      Q      Okay.  And do you know who ordered that

17   Hennessey?

18      A      Me.

19      Q      Okay.  And do you -- did you have do pay for

20   it, or was it provided to you for free?

21      A      Pretty sure I had to pay for it.

22      Q      Okay.  Did you pay cash?  Card?  Something

23   else?

24      A      Card.

25      Q      Were there mixers provided?
```

Page 28

1     A    Most likely.

2     Q    Were they provided in glass bottles?

3     A    I don't know.

4     Q    When you got to the table, did any other

5   people join you at the table besides Mr. Barnes, Polly,

6   and Said?

7         MR. WADE:  Note my objection to the form of

8   the question.  You haven't established they were at the

9   same table.

10        MR. GORCZYCA:  Oh, okay.  Well, I ask.

11  BY MR. GORCZYCA:

12    Q    Did you guys all sit at the same table?

13    A    Yes.

14    Q    And did anybody else join you at that table?

15    A    I'm pretty sure some stragglers did.  I don't

16  know.

17    Q    Okay.  When you say "stragglers," are you

18  talking about just regular everyday people?

19    A    I guess.  If that's what you want to refer to

20  them as.

21    Q    I don't know.  I don't want to put words in

22  your mouth.  What do you mean by "stragglers"?

23    A    I mean people that hang around tables.

24    Q    Okay.  And did you have any encounters with

25  any of the people who were hanging around tables before

1    an incident occurred?

2        A    I'm sure somebody said something to me.

3        Q    Okay.

4        A    Not anything that stands out.

5        Q    Okay.  And that was going to be my next

6    question.  Was there any -- did you have any negative

7    interaction, say --

8        A    No.

9        Q    -- a verbal disagreement --

10       A    No.

11       Q    -- an argument --

12       A    No.

13       Q    -- during that?

14            Okay.  How long were you at the nightclub

15    before an incident occurred?

16       A    I'm not sure.

17       Q    An hour?

18       A    I'm not sure.

19       Q    Can you give any time frame?  10 minutes?  15

20    minutes?

21       A    I'm not sure.

22       Q    Okay.  Did you ever sit down at the table, or

23    were you standing the entire time?

24       A    I'm -- I'm sure I did sit down.

25       Q    Okay.

Page 30

```
 1      A     I don't -- I don't really know.
 2      Q     While you were at the nightclub before an
 3  incident occurred, did you ever use your cell phone?
 4      A     I don't recall.
 5      Q     Did you tweet anything, or add anything to
 6  Instagram during that time?
 7      A     I don't really tweet that often.
 8      Q     Okay.  Following the incident, did you ever
 9  tweet anything about the incident?
10      A     No.
11      Q     Did you ever message anyone and then delete
12  said messages?
13      A     No.
14      Q     Okay.  While you were the Avenue nightclub,
15  did you consume any of the Hennessey?
16      A     I'm pretty sure I did.
17      Q     Okay.  Do you know how many glasses, shots?
18      A     Maybe two, two glasses.  Two or three glasses.
19      Q     Did you see Mr. Barnes consume any alcohol?
20      A     Not that I remember.
21      Q     Did you see Polly consume any alcohol?
22      A     Not that I remember.
23      Q     I want to show you some photographs we
24  previously marked.  I want to show you what we
25  previously marked as Exhibit 1 in Mr. Barnes'
```

Page 31

1    deposition.  I'll have you take a look at that

2    photograph for a second.

3            Do you recognize what's depicted in that

4    photograph?

5       A     Tables.

6       Q     Is that the Avenue nightclub?

7       A     Looks like it.

8       Q     Is that how it looked on the night of December

9    4th, 2016?

10      A     I can't really say because -- I mean, it looks

11   similar.  But when I was in there, it was dark.

12      Q     Okay.

13      A     And that's kind of litten up.  So it looks

14   familiar, yes.

15      Q     I want to show you what we've previously

16   marked as Exhibit No. 2 at Mr. Barnes' deposition.

17   Take a look at that photograph, please.

18      A     Right.

19      Q     Can you tell us what's depicted in that

20   photograph?

21      A     Yeah, I remember this area here.

22      Q     And is that the area that's been circled?

23      A     Uh, yes.

24      Q     And when you say you remember that area, can

25   you tell us what you mean by that?

Page 32

```
 1      A    Yeah, that's -- that's what they had Matt --
 2   they was choking him in this area here.
 3      Q    Okay.
 4      A    I remember that part.  Yeah.
 5      Q    All right.  Let's focus on Plaintiff's
 6   Exhibit 2 and break down that testimony.
 7           You said that they were choking Matt --
 8      A    Yeah.
 9      Q    -- in the area that's circled in this
10   photograph.  Who was choking Matt?
11      A    I saw a male on top of Matt, and I would say
12   two girls as well.
13      Q    Okay.
14      A    But I specifically remember the male choking
15   him.
16      Q    How big was the male?
17      A    I don't know.
18      Q    Was he --
19      A    I don't know.
20      Q    -- 6 feet?
21      A    I don't know.
22      Q    Do you know his approximate weight?
23      A    I don't know your weight, and I'm looking at
24   you.  I don't know.
25      Q    Okay.  Was he an average build --
```

```
 1      A    I don't know.

 2      Q    -- slight build?

 3      A    I don't know.

 4      Q    Okay.

 5      A    All I know is he was on top of Matt choking

 6  him.

 7      Q    Was he white?  Was he black?  Was he Hispanic?

 8  Something else?

 9      A    I don't know.

10      Q    Okay.  Did he have a hat on?  Did he have

11  anything --

12      A    I don't know.

13      Q    Okay.  And the two females you mentioned --

14      A    Uh-huh.

15      Q    -- were they -- where were they positioned?

16      A    On top of Matt.

17      Q    So there were three people on top of Matt?

18      A    Yes.

19      Q    Okay.  The -- let's focus on what we'll call

20  our Female 1.  Female 1, was she white?  Black?

21  Hispanic?  Something else?

22      A    I don't know.

23      Q    Do you know her approximate age?

24      A    Nope.

25      Q    Do you know her approximate weight?
```

Page 34

```
 1      A     Nope.

 2      Q     Okay.  Let's talk about Female B.  Female B,

 3   do you know what her approximate age is?

 4      A     No.

 5      Q     Do you know what her ethnicity was?

 6      A     Uh-uh.  No.

 7      Q     Do you know what her approximate weight was?

 8      A     No.

 9      Q     Okay.  Do you know what she was wearing?

10      A     No.

11      Q     Okay.  Had you seen -- let's talk about the

12   male first.  Had you seen that male at any point in

13   that night before the incident with Mr. Barnes?

14      A     No.

15      Q     Okay.  Had you had any, you personally, had

16   seen -- had any negative encounters with that

17   individual during that course of that night?

18      A     Did I have a what?

19      Q     Like a negative encounter, a verbal

20   disagreement?

21      A     No.

22      Q     Let's talk about Female A.  Had you seen

23   Female A earlier in that night?

24      A     No.

25      Q     Had you had any encounters with her, whether
```

1    positive or negative?

2       A    No.

3       Q    And what about Female B?  Did you -- had you

4    seen her at any point during that night?

5       A    No.

6       Q    Okay.  At any point before you saw Mr. Barnes

7    being choked, did you hear a bottle being thrown?

8       A    No.

9       Q    Did you see a bottle being thrown?

10      A    No.

11      Q    Okay.  When Mr. Barnes was being choked, where

12   were you standing?

13      A    I was out this way.

14      Q    Okay.

15      A    Out this way more.

16      Q    I want to show you Plaintiff's Exhibit 3 --

17   I'm sorry -- Exhibit 3.

18      A    Uh-huh.

19      Q    Does that show where you were standing?

20      A    I was maybe like -- like right here maybe.

21      Q    Okay.  I have a blue pen.  If you could circle

22   and mark where you were standing?

23      A    Maybe like right here.

24      Q    And then could you add your initials next to

25   it just so we know it's your mark?

Page 36

1                When you were standing where you have circled

2      in Plaintiff's Exhibit 3, were you facing the bar

3      that's depicted at the back, or were you facing towards

4      the entrance?

5                MR. WADE:  Or in some other fashion?

6                MR. GORCZYCA:  Or some other way.

7                THE WITNESS:  I was facing this way.  My back

8      was to this part.

9      BY MR. GORCZYCA:

10      Q    Your back was to the area --

11      A    Yes.

12      Q    -- where Mr. --

13      A    Yes.

14      Q    -- Barnes is being choked?

15      A    Uh-huh.

16      Q    So do you know what happened before that led

17      to his --

18      A    No.

19      Q    Okay.  Had you heard anything, screams,

20      anything like that, beforehand?

21      A    No.

22      Q    Okay.  Were you -- what were you doing in the

23      moments beforehand?  Were you talking to someone?

24      Having a drink?  On your phone?

25      A    No, I was just kind of vibing to myself.

1      Q      Okay.  Had you met anybody that night that you

2    were having a conversation with, talking to, anything

3    like that?

4      A      Maybe.  I don't know.

5      Q      Okay.  Now, what first alerted you that

6    Mr. Barnes was being choked?  You said you were facing

7    the other way, the opposite direction.

8      A      Somebody tapped me on the back and said, "Get

9    Matt.  They're on him."

10     Q      Okay.  And do you know where Said was at that

11   moment?

12     A      No.

13     Q      Okay.  And when you turned around,

14   approximately how far away from Mr. Barnes were you?

15     A      I took like maybe two or three steps.

16     Q      Okay.  Do you know approximately what distance

17   that is?  Your two or three steps is obviously

18   different than my two or three steps.

19     A      I can't tell you all that.

20     Q      Okay.  Do you know who tapped you?

21     A      No.

22     Q      Do you know --

23     A      It was some random person.  I didn't even

24   look.  I just turned around, so --

25     Q      Okay.  And do you know who -- do you know

Page 38

1    where Polly was at that moment?

2        A    No.

3        Q    Okay.  When you saw Mr. Barnes and he had

4    three people on him, did you believe that he was in

5    danger?

6        A    Yes.

7        Q    Did you believe he was in grave danger?

8        A    Yes.

9        Q    And when you took your two or three steps

10   towards the incident, what did you do next?

11       A    I hit the guy that was on top of him.

12       Q    Okay.  And did you hit him with a closed fist

13   or an open hand?

14       A    I just hit him.

15       Q    When you say "hit him," I mean --

16       A    I hit him.

17       Q    Okay.  Did you hit him with your right hand or

18   your left hand?

19       A    Right.

20       Q    Are you right-handed or left-handed?

21       A    I'm right.

22       Q    How many times did you hit him?

23       A    Once.

24       Q    Where did you hit him?

25       A    I don't know.

 1      Q    Did you hit him in the face?  The chest?

 2      A    I just hit him.  I don't know exactly where.

 3  I probably hit him in the head maybe.  I don't know.

 4      Q    And when you hit him in the head, what

 5  happened to his body?  Did it move in any direction?

 6      A    He kind of fell off of him.

 7      Q    Okay.  Have you ever heard the term a

 8  "haymaker"?

 9      A    Yes.

10      Q    Did you hit him with a haymaker?

11      A    No.

12      Q    Okay.  How would you describe the punch you

13  hit him with?  A jab?  An upper cut?  A short?

14      A    I just hit him enough to get him off of him.

15      Q    And where was Mr. Barnes when you hit the

16  person?

17      A    Under the dogpile.

18      Q    Okay.  And you say "under the dogpile."

19  Describe what you mean.

20      A    What I said earlier, there was three people on

21  top of him.

22      Q    Okay.

23      A    So I would consider that a dogpile.

24      Q    Okay.  Were they on the ground, or were they

25  standing up?

Page 40

1        A      It was like over -- over the bench, or the

2    booth, or whatever you want to call it.

3        Q      Okay.  I want to show you what we marked

4    previously as Exhibit 2.

5        A      Yeah, this part here, they were kind of

6    hanging over that.

7        Q      Was Mr. Barnes facing that bar?  Was he being

8    pulled backwards?  To the side?  Something else?

9        A      I just saw him like this, like --

10       Q      Uh-huh.

11       A      -- reaching for help, I guess you could say.

12       Q      How big is Mr. Barnes?

13       A      About 6'7".

14       Q      Okay.  Do you know his approximate weight?

15       A      No.

16       Q      Would you describe him as a big or --

17       A      Pretty light in the ass, though.

18       Q      Okay.  And when you say "pretty light in the

19   ass," describe what you mean by that.

20       A      I would probably say he's about 140 soaking

21   wet.

22       Q      Okay.  And do you know how big the gentleman

23   was who was on top of him?

24       A      No.  You asked me that already.

25       Q      And when the -- when you came over there in

1    the two to three steps as you approached them, was

2    Mr. Barnes on his back?

3         A    Uh, he was -- he was under the dogpile.

4         Q    Okay.  And where was --

5         A    I don't know if he was on his back, his side,

6    his stomach.  He was under a dogpile.

7         Q    And when he was under the dogpile, was it the

8    two females on top of him and the third man standing

9    around him?  I want to understand the dynamic of these

10   three people.

11        A    You watch football?

12        Q    I do.

13        A    You know when they -- when more than one guy

14   tackles the person with the ball?

15        Q    Sure.

16        A    It's called a dogpile.

17        Q    Okay.

18        A    Yeah.  It was similar to that.

19        Q    All right.  And so who was at the bottom of

20   the dogpile?  Mr. Barnes?

21        A    Yes.

22        Q    And who was the person above him?  Was it --

23        A    The three --

24        Q    -- Woman A, Woman B, or the man?

25        A    All three of them.

Page 42

```
 1      Q    Okay.  When you struck the -- the gentleman --

 2      A    Uh-huh.

 3      Q    -- was he on his side?  Was he on his --

 4      A    I just told you I don't -- oh, was --

 5      Q    He, the person --

 6      A    The guy I struck?

 7      Q    Yes.

 8      A    Was he on his what?

 9      Q    Side, his back?  Was he --

10      A    He was like kind of standing over Matt.  So,

11   he was on -- he was upright.

12      Q    All right.  Okay.  Would it be fair to say

13   then that he was standing next to that dogpile, or was

14   he --

15      A    He was standing over Matt with his two hands

16   around his neck.

17      Q    Okay.  And the gentleman who had his two hands

18   around the neck was the person you struck?

19      A    Yes.

20      Q    And when you struck him, his hands were

21   physically around Mr. Barnes' neck?

22      A    Yes.

23      Q    Okay.  And then the two females, where were

24   their hands?

25      A    I don't know.
```

Page 43

1    Q    Okay.

2    A    I don't really know what they were doing.

3  They was just kind of going crazy.

4    Q    Okay.  And do you know where Polly was during

5  that moment?

6    A    No.

7    Q    All right.  And after you struck that

8  individual, what happened next?

9    A    I grabbed Matt.

10    Q    Okay.  And did you physically pull him back

11  over that --

12    A    I physically lifted him, yes.

13    Q    Okay.  Did you say anything to him?

14    A    No.  I just said, "Bring your ass on."  Like,

15  "Let's go."

16    Q    Okay.  And where -- did Said come over at that

17  moment?

18    A    I don't really know.  My main concern was

19  getting Matt.

20    Q    Okay.

21    A    I don't really know who was around me or what

22  they were doing.  My concern was just getting Matt.

23    Q    All right.  And after you physically picked up

24  Matt, did you set him down somewhere, or did he get his

25  own feet?

Page 44

1      A    I kind of -- I kind of man-handled him.

2      Q    Okay.  And after you man-handled him, did you

3   leave the nightclub?

4      A    Yes.

5      Q    And how long after you struck the individual

6   until you left the nightclub?

7      A    Immediately.

8      Q    Okay.  And did anyone stop you, security,

9   anything like that?

10      A    Not that I can recall, no.

11      Q    Okay.  After you left the nightclub, did you

12   go outside?

13      A    Yes.

14      Q    And what was the weather like when you went

15   outside?

16      A    I don't know.

17      Q    All right.  Was it raining --

18      A    What month was it?

19      Q    December.

20      A    I'm pretty sure it was cold.

21      Q    Okay.  Did you have to go back in and get

22   anything from the nightclub?

23      A    I believe we had to close the tab.

24      Q    Okay.

25      A    And I -- I think the person came outside, yes.

Page 45

```
 1      Q    Okay.  And while you were outside, was anyone
 2  filming you?
 3      A    I don't know.
 4      Q    Well, do you know if TMZ was filming you?
 5      A    I've heard.
 6      Q    Okay.  Did you ever view the video?
 7      A    I saw it.
 8      Q    Okay.  And when was the last time you saw it?
 9      A    Basically when it was released.
10      Q    All right.  And did you believe it to be a
11  fair and accurate depiction of your conduct after you
12  left the nightclub?
13      A    Somewhat.
14      Q    Okay.  What was -- what was the --
15      A    There was some adrenaline going.
16      Q    Okay.  And during that video, did you ever say
17  anything to TMZ, "Take it down," anything like that?
18      A    Uh-uh.
19      Q    You have to --
20           MR. WADE:  You have to answer.
21           THE WITNESS:  Oh.  No, no, no, no.  Sorry.
22  BY MR. GORCZYCA:
23      Q    All right.  And afterwards, did you speak to
24  Mr. Barnes about the incident?
25      A    We talked with our team security, Hakim.
```

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 46

```
 1      Q    Okay.  And who is Hakim?

 2      A    The team security.

 3      Q    He's different than Said?

 4      A    Yes.

 5      Q    Was he there that night?

 6      A    No.

 7      Q    When did you speak to Hakim?

 8      A    The next morning.

 9      Q    Okay.  Is there an NBA code of conduct?

10      A    What do you mean?

11      Q    Does the NBA, the National Basketball

12  Association, have a code of conduct that you are

13  required to abide by as an NBA player?

14      A    Yes.

15      Q    Are you familiar with the code of conduct?

16      A    Somewhat.

17      Q    All right.  Do you know if there's any

18  mandatory reporting, say, if you're involved in an

19  incident, that you have to report it immediately to

20  your team?

21      A    Not really.  I mean, maybe.  I don't know.  I

22  don't -- I don't know it off the back of my --

23      Q    Sure.

24      A    -- like the back of my hand.  I don't know.

25      Q    Uh-huh.  Did you report the incident to the
```

1    team, or did the team contact you?

2      A    I reported it to the team --

3      Q    Okay.

4      A    -- well, to Hakim, the team security.

5      Q    And how did you report it to him?  Did you

6    tell him when you were back in the facility, or --

7      A    Told him the next morning.

8      Q    Okay.  And when -- I said when you told him,

9    you did that face-to-face?

10     A    Yes.

11     Q    Okay.  And what did you tell him?

12     A    We told him what happened.

13     Q    And what did you tell him happened?

14     A    What I told you.

15     Q    Okay.  And specifically, what were your words

16   that you told Mr. -- that you told Hakim?

17     A    Matt was attacked.

18     Q    Uh-huh.

19     A    And we got him out of there.

20     Q    Okay.  And did he ask to do any -- ask you to

21   fill out any paperwork?  Do anything else?

22     A    I don't know --

23     Q    After you reported it to him --

24     A    He kind of basically said, "We'll handle this

25   when we, when we get back."

Page 48

```
 1        Q     Okay.

 2        A     So --

 3        Q     And what did that mean to you, that you

 4    would --

 5        A     When we got back to Sacramento, we'll figure

 6    it out.

 7        Q     Okay.  Do you recall if your road trip

 8    continued from New York?

 9        A     I can't really remember.

10        Q     All right.  After you got back to Sacramento,

11    what happened next?

12        A     Just kind of died down.

13        Q     All right.  Did you have to talk to anybody at

14    team management?

15        A     We spoke -- I believe I spoke with Vlade about

16    it.

17        Q     And who is Vlade?

18        A     He's the GM.

19        Q     Is he still the GM?

20        A     Yes.

21        Q     And when you spoke to him, was it a

22    face-to-face conversation?  Something on the phone?

23        A     Pretty sure it was face-to-face.

24        Q     And what was the conversation?

25        A     I don't recall.
```

1       Q      What did -- did he ask you what happened?

2       A      I mean, I'm pretty sure he did.

3       Q      Uh-huh.

4       A      I -- I don't remember every detail to the

5   conversation, no.

6       Q      Okay.  Afterwards in the incident, did the

7   police ever contact you?

8       A      No.

9       Q      Did any detectives, investigators ever talk to

10  you?

11      A      No.

12      Q      What about Matt Barnes' team of attorneys, did

13  they ever talk to you and ask you for a witness

14  statement?

15      A      Who is his team of attorneys?

16      Q      I can't answer that for you.  My job is to ask

17  questions, not answer them.

18      A      No, not that I know.

19      Q      Okay.  Did you give any written statements on

20  his behalf to anyone?

21      A      No.

22      Q      Did you give any written statements to anyone?

23      A      Not that I can remember, no.

24      Q      Okay.  Aside from talking to Hakim and your

25  GM, Mr. Divac, did you talk to anybody else at the

Page 50

```
 1    association about the incident?

 2        A     No.

 3        Q     Did they require you to fill out any

 4    paperwork, do anything else?

 5        A     No.

 6        Q     Is there any mandatory drug testing or alcohol

 7    testing following an incident that's pursuant to the

 8    NBA personal policy?

 9        A     Repeat that.

10        Q     Is there any mandatory drug or alcohol testing

11    after an incident, according to the NBA code of

12    conduct?

13        A     No.

14        Q     Do you recall if you were given any drugs or

15    alcohol testing following the incident?

16        A     I mean, we get random drug tests, so maybe.  I

17    don't know.

18        Q     Okay.  Now --

19        A     We don't get tested for alcohol, though, no.

20        Q     Okay.  Were you intoxicated that evening?

21        A     I had drinks that night, yes.

22        Q     Would you characterize --

23              MR. WADE:  Listen to his question.

24              MR. GORCZYCA:  Would it be fair to say --

25              MR. WADE:  The question was, were you
```

Page 51

1    intoxicated, not whether you had drinks.

2            THE WITNESS:  Probably not, no.

3    BY MR. GORCZYCA:

4        Q    Okay.

5        A    Three drinks wouldn't have me intoxicated, no.

6        Q    Okay.  And did you consume anything else that

7    evening, marijuana, anything else?

8        A    No.

9        Q    What's your current height and weight?

10       A    6'10".  And I don't know where my weight is.

11   I'm injured right now, so it may be up.

12       Q    Back in December of 2016, what was your

13   regular play weight?

14       A    270.  That's usually what I play around.  But

15   I don't know.

16       Q    Do you know if Mr. Barnes was on his phone

17   most of that evening?

18       A    I don't know.

19       Q    Well, did you see him using his cell phone?

20       A    Not that I can remember.

21       Q    Did you ever speak to Polly following the

22   incident?

23       A    No.

24       Q    Did you ever socialize with Polly again after

25   the incident?

Page 52

1       A       No.

2       Q       What about Mr. Barnes, did you continue to

3    socialize with Mr. Barnes?

4       A       Yeah.  We still communicate to this day.

5       Q       Did you communicate with him before coming to

6    this deposition?

7       A       No.

8       Q       When was the last time you spoke with him?

9       A       Maybe two weeks ago.  He wanted -- he's

10   retired now.  He's kind of -- got his hands in

11   everything.  But he wanted to do a sit-down, an

12   interview with me.

13      Q       Okay.  And what do you mean a sit-down

14   interview?  For a television show, or a video, or

15   something like that?

16      A       I don't know what it was for.  But he wanted

17   to do a sit-down interview.

18      Q       Did you agree to it?

19      A       I tried to, but our schedules kind of weren't

20   on the same page.

21      Q       Before coming here, did you look at any

22   photographs?

23      A       Not that I -- of what?

24      Q       Of anything related to the -- the alleged

25   incident?

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 53

```
 1      A    Not that I can remember, no.

 2      Q    Did you look at any documents?  Did you, say,

 3   review Mr. Barnes' transcript?

 4      A    Uh-uh.

 5      Q    Before this evening, had you ever been in any

 6   fights?

 7      A    Yeah, I've been in some fights.

 8           MR. WADE:  Can you clarify?  Note my objection

 9   to the form of the question.  Can you please clarify

10   your question?

11   BY MR. GORCZYCA:

12      Q    How many fights have you been in over the

13   course of your life?

14      A    Elementary, man -- I got picked on a lot in

15   elementary because I was -- you know, I was a little

16   awkward.

17      Q    Uh-huh.

18      A    So I had a few fights.

19      Q    Outside of your elementary school days, as an

20   adult?

21      A    I got picked on in middle school as well.

22      Q    Okay.  What about in college, things like

23   that?

24      A    No.  I was pretty cool by then.

25      Q    Uh-huh.  And after college, during your years
```

Electronically signed by Mary Cox Daniel (101-361-287-3117)                 15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 54

1  as a professional athlete, have you ever been in any

2  other fights?

3      A    Um --

4          MR. WADE:  Note my Objection to the form of

5  the question.  Are you referring to on-the-court

6  scuffles, off the court?

7          MR. GORCZYCA:  I'm referring to physical

8  altercations between him and another -- any other

9  person.

10         MR. WADE:  Whether on the court or off the

11 court?

12         MR. GORCZYCA:  Yeah.

13         THE WITNESS:  Well, we're not allowed to fight

14 in the NBA.

15 BY MR. GORCZYCA:

16     Q    Okay.  Yeah.

17     A    So, but I wouldn't really consider it a fight

18 from what happened this night.

19     Q    And why wouldn't you consider this a fight?

20     A    It was more defending our -- defending

21 ourselves.

22     Q    Uh-huh.  Did you see what gave rise to

23 Mr. Barnes being choked?

24     A    No.

25     Q    Did you hear anything, anyone say anything,

Page 55

1    "Hey" --

2        A    You -- you asked me that.  I didn't hear a

3    scream or anything.  The only way I was aware of it was

4    when I was tapped on the back.

5        Q    The person who you hit, had you talked to that

6    individual at all --

7        A    You asked me that as well.  No.

8        Q    Had you run into that person --

9        A    No.

10       Q    Let me finish.

11       A    I don't know him.

12       Q    Had you ever run into that person before?

13       A    No.

14       Q    You mentioned something -- I don't want to use

15   the word, I'm going to use a different phrase than you

16   used -- hangers-on, right, people who hang on --

17       A    Who?

18       Q    Hanger-on, people who come on and hang around

19   tables in nightclubs near professional athletes.  Do

20   you remember we talked about that a little earlier?

21       A    I said "stragglers."

22       Q    Stragglers.  Okay.

23       A    Yes.

24       Q    Stragglers.  The person who you struck, was he

25   a straggler?

Electronically signed by Mary Cox Daniel (101-361-287-3117)                    15ecbf68-e9b0-44d2-b9cd-9cc6b294d757

Page 56

| | | |
|---|---|---|
| 1 | A | I don't know. |
| 2 | Q | Did you strike any -- any of the females, |
| 3 | | Female A or Female B? |
| 4 | A | I struck one person, and that was the male |
| 5 | | that was choking Matt Barnes. |
| 6 | Q | Did you ever see pictures of any of the |
| 7 | | alleged injuries to Mr. Barnes? |
| 8 | A | I took the pictures -- |
| 9 | Q | Okay. |
| 10 | A | -- of his neck. |
| 11 | Q | All right.  And when did you take those |
| 12 | | pictures? |
| 13 | A | The next morning. |
| 14 | Q | And what did you take them with? |
| 15 | A | A phone. |
| 16 | Q | The same phone we talked about earlier, your |
| 17 | | Verizon? |
| 18 | A | It's probably not the same exact phone. |
| 19 | Q | Okay. |
| 20 | A | But it's the same Verizon -- it's the same |
| 21 | | phone number. |
| 22 | Q | Okay.  And what made you take those photos? |
| 23 | A | He told me to. |
| 24 | Q | After you left the nightclub, did you and |
| 25 | | Mr. Barnes continue your night together, or did you go |

1    separate ways?

2        A    No, we went to the hotel.

3        Q    Did you guys go together?

4        A    Yes.

5        Q    Were you staying in the same room or separate

6    rooms?

7        A    We're grown men.  We stay in separate rooms.

8        Q    And did you have any other conversations with

9    him that night?

10       A    No.

11       Q    Did you talk to him about the fight or the

12   incident?

13       A    We talked about it the next morning with

14   Hakim, the team security.

15       Q    Was Mr. Barnes present when you talked to

16   Hakim?

17       A    Uh-huh.

18            MR. WADE:  You have to answer in words.

19            THE WITNESS:  Yes, yes, yes.  Sorry.

20   BY MR. GORCZYCA:

21       Q    And when you spoke to Hakim, did you both

22   speak, or did only one of you speak?

23       A    Um, we all spoke.

24       Q    Okay.  Did you ever see any pictures of the

25   alleged injuries to either of the female or the male --

Page 58

1        A      Uh-uh.

2        Q      -- who were involved?

3        A      No.

4        Q      Did you ever follow up with the TMZ?   You

5   mentioned that you saw the TMZ video.   Did you ever

6   read any of the TMZ articles about this?

7        A      No.   I didn't really care.

8        Q      Okay.   And why didn't you care?

9        A      I didn't think it was that big of a deal,

10  honestly.

11       Q      Were you served with papers as a part of a

12  lawsuit in this case?

13       A      Possibly.   I don't know.

14       Q      And do you know where the service of those

15  pagers were?

16       A      Uh-uh.

17       Q      Do you know where you were when you received

18  them?

19       A      I just said no.

20       Q      Did you read the papers?

21       A      No.

22       Q      Why not?

23       A      Read them for what?

24              MR. WADE:   Are you referring to the lawsuit

25  papers?

Page 59

```
 1              MR. GORCZYCA:  Yes.

 2              THE WITNESS:  No.  No.  I gave it to my team

 3    security.

 4    BY MR. GORCZYCA:

 5       Q    Okay.  Would that be --

 6       A    Hakim.

 7       Q    Did you ever inquire what the lawsuit was

 8    about?

 9       A    No, not really.

10       Q    Is there any reason why?

11       A    I didn't take it seriously.

12       Q    And why didn't you take it seriously?

13       A    It's a money grab.

14       Q    What do you mean by that?

15       A    What I just said.

16       Q    I don't -- I don't know what you mean by that.

17       A    It's a money grab.

18       Q    How -- explain what you mean by a "money

19    grab."  I don't know --

20       A    It's a money grab.

21       Q    Okay.  And why do you feel that way?

22       A    Because we weren't in the wrong.

23       Q    Okay.  Do you know if Mr. Barnes was

24    criminally prosecuted for this case?

25       A    I don't know.
```

Page 60

1      Q    No, he was not, or, no, you don't know?

2      A    I don't know.

3      Q    Okay.  Do you know if he plead guilty to any

4   crimes?

5      A    I don't know.

6      Q    What about Polly?  Do you know if she pled

7   guilty to any crimes as a result of this?

8      A    I don't know.

9      Q    You mentioned that you and Mr. Barnes

10  maintained a relationship over the last year or so.

11     A    Uh-huh.

12     Q    Did he ever mention to you that he had to go

13  to New York City and deal with --

14     A    We never talk about this, ever.

15     Q    Were you traded to the Pelicans, or did you

16  join them as a free agent?  Something else?

17     A    I was traded.

18     Q    When you were traded, did any of this alleged

19  incident come up as part of the discussions?

20     A    No.

21     Q    Okay.  Did any of the issues that we talked

22  about previously with the reporter, and those previous

23  incidents --

24     A    No.  It's the NBA.  Trades happen every day:

25     Q    Does the Sacramento Kings -- do they maintain

1    their own personal code of professional conduct

2    separate and apart from the NBA code?

3        A    Maybe.

4        Q    Okay.

5        A    I don't know.

6        Q    You don't know?

7        A    Uh-uh.  Maybe.

8        Q    Did they ever ask you to fill out a document

9    or sign anything on behalf of that organization as a

10   part of a personal code of conduct?

11       A    No.

12       Q    Okay.  And what about the Pelicans?  Same

13   question:  Do they maintain their own personal code of

14   professional conduct?

15       A    I would guess so.  I don't know.

16       Q    And do you know -- let's go back to the Kings.

17   Do you know what's part of any of the items of their

18   professional code of conduct, if they have one?

19       A    No.

20       Q    Do you know if there's any rules, or

21   regulations, or stipulations that you're required to

22   abide by when it comes to -- to fights, or incidents at

23   nightclubs, or anything like that?

24       A    No.

25       Q    Did you sustain any injuries as a result of

Page 62

```
 1    striking the individual?

 2        A    No.

 3        Q    Did you ever have to get any treatment,

 4    whether ice, anything else like that?

 5        A    No.

 6        Q    Do you know if you played your next game?

 7        A    Most likely.

 8        Q    What about Mr. Barnes, do you know if he

 9    played in his next game?

10        A    I don't know.

11        Q    You mentioned that you took photographs of

12    Mr. Barnes' neck the next day.  Describe what it looked

13    like.

14        A    He had like scratches and like fingerprints on

15    his neck.

16        Q    Do you know how many?

17        A    No.  It was a few.  But I don't know the exact

18    count.

19        Q    After you struck the gentleman, did you see

20    what happened to the dogpile?  Did the women fall off?

21    What happened to them?

22        A    Yeah, they fall off because I grabbed Matt.

23        Q    Okay.  Were the women on top of Matt?

24        A    I mean, they were still on top of him, yes.

25        Q    Using Plaintiff's Exhibit 2, could you show me
```

Page 63

1   where the gentleman was standing when you struck him,

2   using the pen if you can?

3       A    Oh, my -- they were hanging over this area

4   here.

5       Q    Uh-huh.  Could you initial that just so we

6   know it's yours?  Thank you.

7            Were all three of them, the three individuals,

8   were they physically touching Mr. Barnes when you

9   struck the individual?

10      A    Yes.

11           MR. WADE:  Note my --

12           THE WITNESS:  They were on top of Matt Barnes.

13           MR. WADE:  -- objection to the form of the

14   question.  But the answer stands.

15   BY MR. GORCZYCA:

16      Q    Were the other individuals in the area, in the

17   general area?

18      A    It was a club.

19      Q    Okay.

20      A    Pretty sure it was.

21      Q    All right.  Did you know any of the other

22   individuals in the general area?

23      A    I don't know who was around.

24      Q    All right.  Did -- your personal security, do

25   you know where he was at any point during --

Page 64

1    A    I told you before I didn't know.  My only --
2    my only purpose was to get Matt out of the dogpile.
3    Q    I understand that.  But earlier you mentioned
4    that your personal securities can't go so far away from
5    you.  You mentioned they have to stay in close
6    proximity to you.
7    A    I don't know where he was.
8    Q    Okay.  Do you know why he didn't intervene as
9    opposed to you?
10    A    No.
11    Q    Is there any reason why he couldn't have
12    intervened as opposed to you?
13    A    Maybe he didn't see it.  I don't know --
14        MR. WADE:  Objection to the form of the
15    question.  You can't speculate about what you don't
16    know.
17    BY MR. GORCZYCA:
18    Q    You mentioned earlier you had two to three
19    drinks.  Was it all Hennessey?
20    A    Yeah.
21    Q    In total, how long did the incident occur from
22    the time that someone tapped you on the shoulder, until
23    you struck the individual, until you got Mr. Barnes up?
24    A    30 seconds maybe.  I don't know.  It was
25    pretty quick.

1           Oh, sorry.  Just put it a back on?

2           THE VIDEOGRAPHER:  It just clips back on.

3           MR. WADE:  Can you estimate it in seconds?

4           MR. GORCZYCA:  He said 30 seconds.

5           THE WITNESS:  About 30.

6           Can you all now understand me?  Can you

7    understand me?  I know I mumble a little bit.  I'm from

8    Alabama.

9    BY MR. GORCZYCA:

10       Q    Is there any reason why you couldn't

11   physically pull the gentleman off Mr. Barnes as opposed

12   to striking him?

13       A    Maybe if it was just -- I don't know -- him

14   grabbing him by the shirt, yeah, maybe.  But when

15   you're physically choking somebody, your -- your -- I

16   believe your intention is to hurt him.  So, I don't

17   know anybody that chokes somebody and isn't trying to

18   hurt them physically.  So --

19       Q    And what was your intention?

20       A    To protect Matt.

21           MR. GORCZYCA:  Okay.  Thank you.  I have

22   nothing further.

23           MR. WADE:  You're done.

24           THE WITNESS:  It was a pleasure.

25           THE VIDEOGRAPHER:  This concludes the

Page 66

1    videotaped deposition of DeMarcus Cousins taken on

2    April 24, 2018.  We're going off the record.  And the

3    time is 11:09 a.m.

4      (Thereupon, the deposition concluded at 11:09 a.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                   CERTIFICATE OF REPORTER

2    STATE OF NEVADA   )
                       )    ss:
3    COUNTY OF CLARK   )

4                   I, Mary Cox Daniel, a Certified Court
     Reporter licensed by the State of Nevada, do hereby
5    certify:

6                   That I reported the videotaped
     deposition of DEMARCUS COUSINS, commencing on Tuesday,
7    April 24, 2018, at 10:14 a.m.

8                   That prior to being examined, the
     witness first duly swore or affirmed to testify to the
9    truth, the whole truth, and nothing but the truth; that
     I thereafter transcribed my said shorthand notes into
10   typewriting and that the typewritten transcript is a
     complete, true and accurate record of testimony
11   provided by the witness at said time.

12                  I further certify (1) that I am not a
     relative or employee of an attorney or counsel of any
13   of the parties, nor a relative or employee of any
     attorney or counsel involved in said action, nor a
14   person financially interested in the action, and (2)
     that pursuant to Rule 30(e), transcript review by the
15   witness was not requested.

16                  IN WITNESS WHEREOF, I have hereunto set
     my hand in my office in the County of Clark, State of
17   Nevada, this 30th day of April, 2018.

18                  Mary Cox Daniel

19   _____

20          MARY COX DANIEL, CCR 710, FAPR, RDR, CRR

21

22

23

24

25

**A**

a.m 1:15 4:4 66:3,4 67:7
abide 46:13 61:22
ability 6:15,18
accept 7:13
accommodate 5:14
accounts 12:9,11
accurate 45:11 67:10
action 67:13,14
activities 9:20
activity 11:11,14
add 30:5 35:24
additional 20:1
address 7:4,7,8
administer 4:22
adrenaline 45:15
adult 53:20
advisor 12:7
affirmed 5:2 67:8
age 33:23 34:3
agent 60:16
ages 23:9,13
ago 52:9
agree 7:10,13 52:18
agreement 19:20
ahead 24:3,6
Alabama 65:8
alcohol 6:14 20:10,12 20:17,19 27:12 30:19,21 50:6,10,15 50:19
alerted 37:5
alleged 6:19 9:22 19:10 52:24 56:7 57:25 60:18
allowed 5:23 54:13
altercation 10:20,21 10:23
altercations 54:8
amazing 15:1
Andy 10:15
annual 18:22
answer 5:14 6:2,3 11:18 16:22 17:1 26:11 45:20 49:16 49:17 57:18 63:14

anybody 25:1 28:14 37:1 48:13 49:25 65:17
anyway 25:8
apart 61:2
apartment 17:18
appearance 4:13
**APPEARANCES** 2:1
applies 6:1
apply 5:25
approach 26:1
approached 41:1
approximate 32:22 33:23,25 34:3,7 40:14
approximately 37:14 37:16
approximating 6:8
**April** 1:13 4:3 66:2 67:7,17
area 27:7,7,10 31:21 31:22,24 32:2,9 36:10 63:3,16,17,22
arena 17:5
argument 29:11
arrested 9:1
articles 58:6
aside 8:23 11:9 20:19 20:25 24:8 49:24
asked 6:3 16:14 40:24 55:2,7
asking 5:9 26:6
ass 40:17,19 43:14
assigned 26:21
association 18:17 46:12 50:1
athlete 54:1
athletes 55:19
attacked 47:17
attorney 5:24 67:12 67:13
attorneys 49:12,15
**Avenue** 2:8 10:1 19:25 23:15 24:12 24:17 27:2 30:14 31:6
average 32:25
aware 20:14 55:3

awkward 53:16

**B**

**B** 34:2,2 35:3 41:24 56:3
back 6:18 13:8,12,15 16:1 17:14,18 36:3 36:7,10 37:8 41:2,5 42:9 43:10 44:21 46:22,24 47:6,25 48:5,10 51:12 55:4 61:16 65:1,2
backwards 40:8
ball 41:14
bar 27:6 36:2 40:7
**Barnes** 1:6 2:6 4:7,20 18:7 20:12,25 21:15 21:17 22:13 24:6,19 25:2 26:23 28:5 30:19 34:13 35:6,11 36:14 37:6,14 38:3 39:15 40:7,12 41:2 41:20 45:24 51:16 52:2,3 54:23 56:5,7 56:25 57:15 59:23 60:9 62:8 63:8,12 64:23 65:11
**Barnes'** 30:25 31:16 42:21 49:12 53:3 62:12
basically 45:9 47:24
basketball 7:25 9:6 21:1 25:17 26:13 46:11
**Beck** 2:15 4:10
beginning 22:12
behalf 7:13 12:17 49:20 61:9
believe 13:10 15:16 19:25 20:11 24:23 24:25 26:24 27:6 38:4,7 44:23 45:10 48:15 65:16
bench 40:1
**Besiso** 1:3 4:6
best 6:9
big 32:16 40:12,16,22 58:9

bit 14:8 65:7
black 33:7,20
blue 35:21
bodies 17:12
body 17:14 39:5
**Boogie** 13:1,5
booth 40:2
bottle 35:7,9
bottles 28:2
bottom 41:19
break 5:13 32:6
breakfast 16:1
**Bring** 43:14
brings 14:3
brother 11:5,6
build 32:25 33:2
busy 24:13

**C**

call 24:3 33:19 40:2
called 11:2 19:24 24:5 41:16
car 19:15,17
**Card** 27:22,24
care 58:7,8
carry 18:24
case 4:6,8 58:12 59:24
cash 27:22
**CCR** 1:24 67:20
cell 13:14,17,19,23 30:3 51:19
certain 5:24
certainly 15:6
**CERTIFICATE** 67:1
**Certified** 1:14 67:4
certify 67:5,12
characterize 50:22
chest 39:1
children 23:7
choked 35:7,11 36:14 37:6 54:23
chokes 65:17
choking 32:2,7,10,14 33:5 56:5 65:15
circle 35:21
circled 31:22 32:9 36:1
**City** 14:15 60:13

clarify 53:8,9
Clark 2:11 4:18 67:3
  67:16
Clean 20:8
clear 14:2
clips 65:2
close 22:16 44:23 64:5
closed 38:12
Closure 22:2
club 24:22 63:18
code 46:9,12,15 50:11
  61:1,2,10,13,18
cold 44:20
colleagues 22:17
Collective 19:20
college 53:22,25
come 16:1 43:16
  55:18 60:19
comes 22:7 61:22
coming 23:21,23 52:5
  52:21
commencing 67:6
communicate 52:4,5
complete 67:10
concern 43:18,22
concluded 66:4
concludes 65:25
conduct 45:11 46:9
  46:12,15 50:12 61:1
  61:10,14,18
confusion 11:20
connections 24:4
consider 39:23 54:17
  54:19
consume 20:9,17
  30:15,19,21 51:6
consumed 20:12,19
contact 47:1 49:7
continue 52:2 56:25
continued 48:8
conversation 37:2
  48:22,24 49:5
conversations 57:8
convicted 9:3
cool 53:24
corrections 5:24
counsel 4:13 7:6 12:1
  12:1 13:24 67:12,13

count 62:18
County 67:3,16
couple 10:24,24 18:6
course 34:17 53:13
court 1:1,14 4:9,11,21
  5:20 6:6 11:17 54:6
  54:10,11 67:4
Cousins 1:7,12 2:10
  3:2 4:3,7,18 5:1
  6:21 7:17 13:1,3,5
  14:7 66:1 67:6
Cox 1:24 67:4,20
crazy 43:3
crimes 9:3 60:4,7
criminally 59:24
CRR 1:24 67:20
curious 26:2
current 7:24 51:9
currently 6:21 7:17
  7:19 8:7,18 11:22
  23:3
cut 39:13

D

D 3:1
D-R-Y-N-K 11:2
danger 38:5,7
Daniel 1:24 4:11 67:4
  67:20
dark 31:11
date 4:3 14:2
dating 6:18
Dawn 2:15 4:10
day 15:10,14,15,22
  16:7 52:4 60:24
  62:12 67:17
days 15:18 53:19
daytime 15:22
deal 58:9 60:13
December 9:23 10:2
  13:8,12,15,22 14:9,9
  15:13 31:8 44:19
  51:12
Defendant 2:6,10
  4:20
Defendants 1:8
defending 54:20,20
delete 30:11

delineate 12:21 14:2
DeMarcus 1:6,12
  2:10 3:2 4:3,7,18
  5:1 13:3 66:1 67:6
Dennis 2:11 4:17
depends 16:6
depicted 31:3,19 36:3
depiction 45:11
deposed 5:16
deposition 1:12 4:2
  5:18 31:1,16 52:6
  66:1,4 67:6
describe 19:1 39:12
  39:19 40:16,19
  62:12
detail 49:4
detectives 49:9
died 48:12
different 26:5 37:18
  46:3 55:15
Digital 4:2
dinner 17:24 18:3,4
  19:5,7 20:9,13
  26:25
directed 10:5
direction 37:7 39:5
disagreement 29:9
  34:20
discussions 60:19
distance 37:16
District 1:1,2 4:9,9
Divac 49:25
document 61:8
documents 53:2
dogpile 39:17,18,23
  41:3,6,7,16,20 42:13
  62:20 64:2
doing 14:7 36:22 43:2
  43:22
dollars 9:13
drink 20:18 36:24
drinking 20:16
drinks 50:21 51:1,5
  64:16
drug 50:6,10,16
drugs 6:14 20:20
  50:14
Drynk 11:2

duly 67:8
dynamic 41:9

E

E 2:3 3:1
earlier 16:11 34:23
  39:20 55:20 56:16
  64:3,18
early 16:6,8
educational 8:18
either 14:19 57:25
elementary 53:14,15
  53:19
employ 18:20
employed 7:17,19,21
  8:1,2,4 25:6
employee 24:16 67:12
  67:13
employment 8:23,24
encounter 34:19
encountered 21:5
encounters 28:24
  34:16,25
ended 19:9
entered 24:21
entire 17:9 29:23
entitled 4:6
entrance 36:4
ESQ 2:3,7,11
established 28:8
estimate 65:3
ethnicity 34:5
evening 19:11 21:2
  50:20 51:7,17 53:5
eventually 27:3
everyday 28:18
exact 56:18 62:17
exactly 39:2
Examination 3:4 5:5
examined 5:3 67:8
exceed 9:13
Exhibit 30:25 31:16
  32:6 35:16,17 36:2
  40:4 62:25
exhibits 3:6
explain 59:18

F

F-U-R-I-L-L-O 10:16
face 39:1
face-to-face 47:9
   48:22,23
Facebook 12:11,15
   13:2
facility 47:6
facing 36:2,3,7 37:6
   40:7
fact 16:17
facts 6:18
fair 42:12 45:11
   50:24
fall 62:20,22
familiar 31:14 46:15
family 22:24
fans 10:6
FAPR 1:24 67:20
far 6:11 26:16 37:14
   64:4
fashion 36:5
feel 59:21
feet 32:20 43:25
Fein 2:7 4:20
fell 39:6
female 33:20,20 34:2
   34:2,22,23 35:3
   56:3,3 57:25
females 33:13 41:8
   42:23 56:2
fight 54:13,17,19
   57:11
fights 53:6,7,12,18
   54:2 61:22
figure 48:5
fill 47:21 50:3 61:8
filming 45:2,4
financial 12:6
financially 67:14
fine 7:10,12 16:21
fined 9:10,11,25 10:5
   10:7 11:10
fines 9:12
fingerprints 62:14
finish 11:19,19 55:10
firm 4:17
first 5:2 34:12 37:5
   67:8

fist 38:12
flew 15:14
Floor 2:4,8
Florida 11:4
fluids 17:7
focus 32:5 33:19
follow 58:4
following 17:3,13
   19:7 30:8 50:7,15
   51:21
follows 5:4
football 41:11
form 12:2 21:4,5
   23:24 28:7 53:9
   54:4 63:13 64:14
foul 10:5
four 9:9 11:9
frame 29:19
free 27:20 60:16
fresh 20:5,6
friends 18:6 22:17,18
   22:20,22
function 25:19
functions 26:5
Furillo 10:16
further 65:22 67:12

_____
G
G-O-R-C-Z-Y-C-A
   4:16
game 9:19 11:11
   14:17 15:11,21,23
   16:3,4,6,8,9,14,16
   16:17 17:3,4,9,21
   62:6,9
Garden 14:17
general 63:17,22
gentleman 40:22 42:1
   42:17 62:19 63:1
   65:11
getting 43:19,22
girls 32:12
give 6:3,9 7:6,7 29:19
   49:19,22
given 5:23 26:17
   50:14
glass 28:2
glasses 30:17,18,18

GM 48:18,19 49:25
go 8:13 17:11,14,14
   17:22,23 19:8,12,18
   22:23 23:2 43:15
   44:12,21 56:25 57:3
   60:12 61:16 64:4
going 5:9 17:24 19:9
   29:5 43:3 45:15
   55:15 66:2
good 4:1 5:7 22:18
Gorczyca 2:3 3:4 4:15
   4:16 5:6,7 7:10,12
   7:15,16 12:8 14:1,5
   14:6 16:23 17:2
   21:7 24:1 28:10,11
   36:6,9 45:22 50:24
   51:3 53:11 54:7,12
   54:15 57:20 59:1,4
   63:15 64:17 65:4,9
   65:21
grab 59:13,17,19,20
grabbed 43:9 62:22
grabbing 65:14
graduate 8:15
grave 38:7
ground 39:24
group 21:6,8 24:11
   25:1
grown 57:7
guess 6:9 12:23 16:19
   16:24 19:21 25:13
   28:19 40:11 61:15
guilty 60:3,7
guy 38:11 41:13 42:6
guys 22:16 23:18
   24:21 28:12 57:3

_____
H
Hakim 45:25 46:1,7
   47:4,16 49:24 57:14
   57:16,21 59:6
half 7:23
hand 38:13,17,18
   46:24 67:16
handle 47:24
hands 42:15,17,20,24
   52:10
hang 28:23 55:16,18

Hanger-on 55:18
hangers-on 55:16
hanging 28:25 40:6
   63:3
happen 10:13 60:24
happened 10:19
   36:16 39:5 43:8
   47:12,13 48:11 49:1
   54:18 62:20,21
happens 17:4
happy 5:11,14
hat 33:10
haymaker 39:8,10
head 6:5 10:13 39:3,4
hear 12:5 35:7 54:25
   55:2
heard 36:19 39:7 45:5
heavyset 19:2
height 51:9
help 40:11
Hennessey 27:15,17
   30:15 64:19
hereunto 67:16
Hey 55:1
Hispanic 33:7,21
hit 38:11,12,14,15,16
   38:17,22,24 39:1,2,3
   39:4,10,13,14,15
   55:5
home 6:23,25 17:22
homeowner's 11:22
honestly 58:10
hotel 6:23 17:14,23
   57:2
hour 29:17
hours 6:13
house 22:23 23:2
hurt 65:16,18
hydrate 17:9,10
hydrated 17:7

_____
I
ice 62:4
idea 19:18
Illicit 20:20
immediately 17:4,15
   44:7 46:19
impair 6:14,18

incident 6:19 9:23
10:1,10,14 11:1
14:3 19:10 29:1,15
30:3,8,9 34:13
38:10 45:24 46:19
46:25 49:6 50:1,7
50:11,15 51:22,25
52:25 57:12 60:19
64:21
incidents 9:16,18
11:9,10 60:23 61:22
include 10:10
individual 34:17 43:8
44:5 55:6 62:1 63:9
64:23
individuals 63:7,16
63:22
initial 63:5
initials 35:24
injured 51:11
injuries 56:7 57:25
61:25
inquire 59:7
Instagram 12:13,24
12:25 30:6
instructions 6:11
insurance 11:23,23
12:1
intention 65:16,19
interaction 29:7
interested 67:14
intervene 64:8
intervened 64:12
interview 52:12,14,17
intoxicated 50:20
51:1,5
investigators 49:9
involved 46:18 58:2
67:13
involving 10:15
issues 60:21
items 61:17
IV 17:8

**J**

jab 39:13
Jasmine 1:3 4:6
job 1:25 7:24 26:10

49:16
Joe 5:7
John 21:12
join 20:1 28:5,14
60:16
joined 21:1,6,8,17
Joseph 2:3 4:15

**K**

keep 9:14,16 26:1
Kentucky 8:14,16
kids 22:25
kind 31:13 36:25 39:6
40:5 42:10 43:3
44:1,1 47:24 48:12
52:10,19
Kings 8:3,5 14:23
60:25 61:16
Knicks 14:19
know 5:11 6:9 9:9,11
9:12,18 10:9,13,19
10:24,25 11:16,18
12:7,21 13:3 15:14
16:5,6,16 17:6,11,21
17:25 18:12 19:6,20
19:24 20:12,14
21:10,12,14,22,23
21:25 22:2,6,23,25
23:21,23 24:5,14,19
26:10 27:16 28:3,16
28:21 30:1,17 32:17
32:19,21,22,23,24
33:1,3,5,9,12,22,23
33:25 34:3,5,7,9
35:25 36:16 37:4,10
37:16,20,22,25,25
38:25 39:2,3 40:14
40:22 41:5,13 42:25
43:2,4,18,21 44:16
45:3,4 46:17,21,22
46:24 47:22 49:18
50:17 51:10,15,16
51:18 52:16 53:15
55:11 56:1 58:13,14
58:17 59:16,19,23
59:25 60:1,2,3,5,6,8
61:5,6,15,16,17,20
62:6,8,10,16,17 63:6

63:21,23,25 64:1,7,8
64:13,16,24 65:7,13
65:17
known 21:21 22:9
25:12

**L**

LAMONSOFF 2:3
Lane 2:12
language 10:5
Las 1:17 4:5 6:22
Laura 22:2
LAW 2:3
Lawson 21:10
lawsuit 58:12,24 59:7
laying 14:1
leading 15:10,21,23
leave 17:5 44:3
led 36:16
left 38:18 44:6,11
45:12 56:24
left-handed 38:20
legal 1:14 4:10
let's 32:5 33:19 34:2
34:11,22 43:15
61:16
licensed 67:4
life 53:13
lifted 43:12
light 19:2 40:17,18
limited 26:16
line 23:16
Listen 16:13 50:23
litten 31:13
little 14:8 53:15 55:20
65:7
LLP 2:7
located 4:4
long 7:21 8:4 10:23
18:19 22:9 25:12
29:14 44:5 64:21
look 31:1,17 37:24
52:21 53:2
looked 31:8 62:12
looking 32:23
looks 19:1 31:7,10,13
lot 15:3,4,5 53:14
loud 7:5

**M**

M 2:11 4:17
Maiden 2:12
main 43:18
maintain 11:22 12:9
12:16,17 17:18
60:25 61:13
maintained 60:10
maintains 12:18
maintenance 17:11
17:13
male 32:11,14,16
34:12,12 56:4 57:25
man 41:8,24 53:14
man-handled 44:1,2
management 48:14
mandatory 46:18
50:6,10
March 10:11
marijuana 20:20 51:7
mark 35:22,25
marked 3:6 30:24,25
31:16 40:3
married 23:3,5
Mary 1:24 4:11 67:4
67:20
Matt 1:6 2:6 4:7,20
18:6,7 21:24 22:10
22:11 26:23 32:1,7
32:10,11 33:5,16,17
37:9 42:10,15 43:9
43:19,22,24 47:17
49:12 56:5 62:22,23
63:12 64:2 65:20
matter 16:17
mean 8:9 9:19,20
16:11 17:24 20:6
21:5 22:22 24:16
25:23,25 26:5,24
28:22,23 31:10,25
38:15 39:19 40:19
46:10,21 48:3 49:2
50:16 52:13 59:14
59:16,18 62:24
media 4:2 12:9,22
medication 6:14,17
meeting 16:2

Meister 2:7 4:19
men 57:7
men's 25:17
mention 60:12
mentioned 12:24
    18:11 33:13 55:14
    58:5 60:9 62:11
    64:3,5,18
message 30:11
messages 30:12
met 22:10 37:1
MICHAEL 2:3
middle 53:21
million 9:13
minutes 10:24 29:19
    29:20
Mitchell 2:7 4:19
mixers 27:25
moment 37:11 38:1
    43:5,17
moments 36:23
money 59:13,17,18,20
month 44:18
morning 4:1 5:7
    15:13 46:8 47:7
    56:13 57:13
mouth 28:22
move 39:5
Mulcahy 2:11 4:18
multiple 19:12
mumble 65:7
Myrone 1:3 4:7

N

N 3:1
name 4:10 5:7 10:15
    12:20,25 13:2 18:12
    19:6 21:25
names 23:10,12
nap 16:2
National 46:11
NBA 8:12,23 9:6,10
    46:9,11,13 50:8,11
    54:14 60:24 61:2
near 55:19
necessary 7:8
neck 42:16,18,21
    56:10 62:12,15

need 23:9,12
negative 29:6 34:16
    34:19 35:1
Nets 14:20
Nevada 1:17 4:5 67:2
    67:4,17
never 60:14
New 1:2 2:5,9,13 4:9
    7:20,21 8:1 14:15
    15:14 17:17 24:4
    48:8 60:13
nickname 22:6
night 9:23 14:8,13,15
    14:18,25 16:9,12,14
    16:16,17 17:22 19:5
    19:12 25:7,19 31:8
    34:13,17,23 35:4
    37:1 46:5 50:21
    54:18 56:25 57:9
nightclub 10:1 17:15
    19:8,9,11,12,15,18
    19:19 20:2 23:15
    24:12 27:2 29:14
    30:2,14 31:6 44:3,6
    44:11,22 45:12
    56:24
nightclubs 19:13
    55:19 61:23
nod 6:5
Nope 33:24 34:1
Note 12:2 21:4 23:24
    28:7 53:8 54:4
    63:11
notes 67:9
number 4:8 9:14
    13:20 56:21
NY 2:5,9,13

O

Oasis 4:12
oath 4:22
objection 12:2 21:4
    23:24 28:7 53:8
    54:4 63:13 64:14
obviously 26:3 37:17
occasionally 22:15,16
occur 64:21
occurred 11:7 29:1,15

30:3
October 10:8
office 67:16
OFFICES 2:3
oh 8:22 21:18 23:14
    28:10 42:4 45:21
    63:3 65:1
okay 5:20 7:11,24
    8:18 10:4,14 11:1,9
    11:16,22,25 12:9,16
    12:24 13:11,14,17
    14:7,11,21 15:10,18
    16:21 17:3,13,17,21
    18:2,9 19:4,7,10
    20:1 21:21 22:4,19
    23:1,18 24:5,15,19
    25:9,14,17,22,25
    26:8,12,22,25 27:2,7
    27:16,19,22 28:10
    28:17,24 29:3,5,14
    29:22,25 30:8,14,17
    31:12 32:3,13,25
    33:4,10,13,19 34:2,9
    34:11,15 35:6,11,14
    35:21 36:19,22 37:1
    37:5,10,13,16,20,25
    38:3,12,17 39:7,12
    39:18,22,24 40:3,14
    40:18,22 41:4,17
    42:1,12,17,23 43:1,4
    43:10,13,16,20 44:2
    44:8,11,21,24 45:1,6
    45:8,14,16 46:1,9
    47:3,8,11,15,20 48:1
    48:7 49:6,19,24
    50:18,20 51:4,6
    52:13 53:22 54:16
    55:22 56:9,19,22
    57:24 58:8 59:5,21
    59:23 60:3,21 61:4
    61:12 62:23 63:19
    64:8 65:21
Old 2:4
on-the-court 54:5
Once 38:23
ones 12:21
open 38:13
opposed 64:9,12

65:11
opposite 37:7
ordered 27:16
organization 61:9
Orleans 7:20,22 8:1
outside 11:14 22:13
    44:12,15,25 45:1
    53:19

P

page 3:3 52:20
pagers 58:15
papers 58:11,20,25
paperwork 47:21
    50:4
Park 2:8
part 26:18 32:4 36:8
    40:5 58:11 60:19
    61:10,17
parties 67:13
pay 18:15 27:19,21,22
Pelicans 7:20,22 8:2
    8:24 60:15 61:12
pen 35:21 63:2
people 12:22 20:1
    26:2,8 28:5,18,23,25
    33:17 38:4 39:20
    41:10 55:16,18
Perfect 7:15
performance 14:24
person 26:3 37:23
    39:16 41:14,22 42:5
    42:18 44:25 54:9
    55:5,8,12,24 56:4
    67:14
personal 7:7 18:14,18
    18:20 20:15 24:8
    50:8 61:1,10,13
    63:24 64:4
personally 18:15 24:3
    24:5 34:15
phone 13:15,17,19,20
    13:23 30:3 36:24
    48:22 51:16,19
    56:15,16,18,21
photograph 31:2,4,17
    31:20 32:10
photographs 30:23

Page 73

52:22 62:11
photos 56:22
phrase 55:15
physical 10:20 54:7
physically 6:4 42:21
    43:10,12,23 63:8
    65:11,15,18
picked 43:23 53:14
    53:21
pictures 56:6,8,12
    57:24
pied-à-terre 17:19
place 11:2 19:6
Plaintiff 2:2
Plaintiff's 32:5 35:16
    36:2 62:25
Plaintiffs 1:4 4:15 5:8
plans 19:8
play 9:20 11:11 26:13
    51:13,14
played 14:17 62:6,9
player 7:25 46:13
players 21:1
playing 9:5 14:21
plead 60:3
please 4:13,22 5:11
    31:17 53:9
pleasure 65:24
pled 60:6
PLLC 2:3
point 34:12 35:4,6
    63:25
points 15:2
police 49:7
policies 20:15
policy 11:23 50:8
Polly 18:10 21:18,19
    21:21,22,23 22:3,9
    22:10 24:21 25:2
    28:5 30:21 38:1
    43:4 51:21,24 60:6
Polly's 21:25
posited 16:13
positioned 33:15
positive 35:1
Possibly 58:13
posted 12:21,22
posts 12:20

Powell 1:3 4:7
present 2:15 11:6
    57:15
press 26:5
pretty 15:1,25 20:5
    27:21 28:15 30:16
    40:17,18 44:20
    48:23 49:2 53:24
    63:20 64:25
previous 10:4 60:22
previously 30:24,25
    31:15 40:4 60:22
primary 7:1,3
prior 67:8
private 6:23 12:1 27:7
probably 15:3 16:8
    23:17 39:3 40:20
    51:2 56:18
problem 11:21
procedures 20:16
product 26:7
professional 7:25
    21:1 54:1 55:19
    61:1,14,18
programs 8:19
prohibit 26:8
prosecuted 59:24
protect 65:20
provide 26:19,20,23
provided 18:15 27:12
    27:14,20,25 28:2
    67:11
provider 13:17
proximity 64:6
pry 26:5
pull 43:10 65:11
pulled 40:8
punch 39:12
purpose 64:2
purposes 13:25
pursuant 50:7 67:14
put 28:21 65:1

_____
Q
_____
question 5:11,15
    11:19 12:3 16:13
    21:5 23:25 26:22
    28:8 29:6 50:23,25

53:9,10 54:5 61:13
    63:14 64:15
questions 5:10 6:2
    49:17
quick 64:25

_____
R
_____
raining 44:17
random 37:23 50:16
RDR 1:24 67:20
reaching 40:11
read 58:6,20,23
really 14:20 15:16
    16:12,20,25 19:20
    20:3 24:14 26:10
    30:1,7 31:10 43:2
    43:18,21 46:21 48:9
    54:17 58:7 59:9
reason 5:13,13 25:6
    26:6 59:10 64:11
    65:10
recall 6:10 14:13,24
    15:2,16 16:4 18:4
    19:4 20:4 21:11,13
    24:18 27:5,14 30:4
    44:10 48:7,25 50:14
received 58:17
recognize 31:3
recollect 6:18
recollection 6:10
    16:10,15,18
record 4:14 7:9 11:20
    13:25 66:2 67:10
records 9:15
refer 28:19
referring 14:3 54:5,7
    58:24
refresh 16:10,15,18
regular 28:18 51:13
regularly 13:11
regulations 61:21
related 52:24
relationship 60:10
relative 67:12,13
released 45:9
remember 14:20
    15:18 16:20,25
    17:24 30:20,22

31:21,24 32:4,14
    48:9 49:4,23 51:20
    53:1 55:20
Repeat 50:9
rephrase 5:12 24:2
report 46:19,25 47:5
reported 1:24 47:2,23
    67:6
reporter 1:14 4:11,21
    5:21 6:6 10:15
    11:17 12:5 60:22
    67:1,4
reporting 4:12 46:18
represent 4:11,14 5:8
represented 11:25
requested 67:15
require 50:3
required 46:13 61:21
reserved 23:19
reside 6:21,23 7:2
residence 7:1 17:17
result 9:22 10:1 60:7
    61:25
resulted 9:19
retired 52:10
review 53:3 67:14
right 7:15 15:13
    31:18 32:5 35:20,23
    38:17,19,21 41:19
    42:12 43:7,23 44:17
    45:10,23 46:17
    48:10,13 51:11
    55:16 56:11 63:21
    63:24
right-handed 38:20
rise 54:22
road 15:17,19 25:10
    48:7
role 25:19
room 57:5
rooms 57:6,7
routine 15:22
rule 11:16 67:14
rules 5:25 6:1 61:20
run 55:8,12

_____
S
_____
S 2:3

Sacramento 8:3,4
  48:5,10 60:25
**Said's** 18:12
saw 32:11 35:6 38:3
  40:9 45:7,8 58:5
schedules 52:19
school 8:10,12,13
  53:19,21
**Schuster** 2:7 4:19,19
score 15:5
scored 15:2
scratches 62:14
scream 55:3
screams 36:19
scuffles 54:6
season 20:16,17,18
  22:12
seat 27:3
second 31:2
seconds 64:24 65:3,4
secures 26:7
securities 64:4
security 18:10,11,14
  18:18 24:9 25:3,21
  25:22,24 26:4,11,15
  26:15,19,23 44:8
  45:25 46:2 47:4
  57:14 59:3 63:24
see 5:20 30:19,21 35:9
  51:19 54:22 56:6
  57:24 62:19 64:13
**Seelig** 2:7 4:20
seen 34:11,12,16,22
  35:4
separate 57:1,5,7
  61:2
series 5:9
seriously 59:11,12
served 58:11
service 7:13 58:14
**Services** 4:12
set 43:24 67:16
**Seven** 8:6
**Seventh** 1:16 4:5
shirt 65:14
shoot-around 15:25
  16:1
short 39:13

shorthand 67:9
shots 30:17
shoulder 64:22
show 30:23,24 31:15
  35:16,19 40:3 52:14
  62:25
side 40:8 41:5 42:3,9
sign 61:9
similar 31:11 41:18
simply 6:4 22:17
  26:19
sir 5:7,16 9:2
sit 28:12 29:22,24
sit-down 52:11,13,17
skin 19:2
slight 33:2
**Slip** 2:4
**Snapchat** 13:6,8,12
  13:13
soaking 40:20
social 12:9,12,22
  22:22
socialize 22:13 51:24
  52:3
**Soho** 11:2,2,3
somebody 12:17,18
  29:2 37:8 65:15,17
**Somewhat** 45:13
  46:16
sorry 8:22 12:5 18:18
  35:17 45:21 57:19
  65:1
**South** 1:16 4:4
**Southern** 1:2 4:9
speak 24:15 45:23
  46:7 51:21 57:22,22
speaking 26:8
specific 19:19
specifically 32:14
  47:15
speculate 64:15
spoke 48:15,15,21
  52:8 57:21,23
ss 67:2
standing 29:23 35:12
  35:19,22 36:1 39:25
  41:8 42:10,13,15
  63:1

stands 29:4 63:14
start 16:11
started 16:4
state 4:13 67:2,4,16
statement 49:14
statements 49:19,22
**States** 1:1 4:8
stay 57:7 64:5
staying 57:5
steps 37:15,17,18
  38:9 41:1
stipulations 61:21
stomach 41:6
stop 44:8
straggler 55:25
stragglers 28:15,17
  28:22 55:21,22,24
straight 17:22
street 1:16 4:5 26:4
stretched 17:10
strike 56:2
striking 62:1 65:12
struck 42:1,6,18,20
  43:7 44:5 55:24
  56:4 62:19 63:1,9
  64:23
**Suite** 2:12 4:5
supplements 20:22
supposed 25:20 26:1
sure 14:5 15:1,25
  17:16 20:5 24:20
  27:21 28:15 29:2,16
  29:18,21,24 30:16
  41:15 44:20 46:23
  48:23 49:2 63:20
suspended 9:5,22,25
  10:5 11:11
suspensions 9:12,19
sustain 61:25
swore 67:8
sworn 5:2

**T**

tab 44:23
table 23:19 27:3,9,11
  28:4,5,9,12,14 29:22
tables 28:23,25 31:5
  55:19

tackles 41:14
take 5:12 11:17 17:7
  17:8 31:1,17 45:17
  56:11,14,22 59:11
  59:12
taken 1:13 6:13 66:1
talk 14:8 15:10 34:2
  34:11,22 48:13 49:9
  49:13,25 57:11
  60:14
talked 45:25 55:5,20
  56:16 57:13,15
  60:21
talking 28:18 36:23
  37:2 49:24
**Tampa** 11:4
tapped 37:8,20 55:4
  64:22
**Taxi** 19:16
team 14:21 25:8,11
  25:17 45:25 46:2,20
  47:1,1,2,4 48:14
  49:12,15 57:14 59:2
teammate 22:20
teammates 22:10,11
  22:21
television 52:14
tell 5:24 6:15 31:19
  31:25 37:19 47:6,11
  47:13
tells 16:17
term 39:7
tested 50:19
testified 5:4
testify 5:2 67:8
testimony 32:6 67:10
testing 50:6,7,10,15
tests 50:16
**Thank** 63:6 65:21
**Thanks** 7:15
thing 18:22
things 6:7 22:24
  53:22
think 10:12 12:15
  24:14 44:25 58:9
third 41:8
three 9:9 30:18 33:17
  37:15,17,18 38:4,9

39:20 41:1,10,23,25
51:5 63:7,7 64:18
**thrown** 35:7,9
**time** 4:4 5:10,12
11:18 14:22 16:4
17:25 18:22 25:2
26:17 29:19,23 30:6
45:8 52:8 64:22
66:3 67:11
**times** 9:8,10 11:18
38:22
**TMZ** 45:4,17 58:4,5,6
**today** 5:10,20 6:15,17
**Today's** 4:3
**told** 42:4 47:7,8,12,14
47:16,16 56:23 64:1
**top** 10:13 32:11 33:5
33:16,17 38:11
39:21 40:23 41:8
62:23,24 63:12
**total** 64:21
**touching** 63:8
**traded** 60:15,17,18
**Trades** 60:24
**transcribed** 67:9
**transcript** 5:23 53:3
67:10,14
**treatment** 62:3
**tried** 52:19
**trip** 15:17,19 25:11
48:7
**true** 15:6 67:10
**truth** 5:2,3,3 6:15
67:9,9,9
**trying** 65:17
**Tuesday** 1:13 67:6
**turned** 37:13,24
**tweet** 30:5,7,9
**Twitter** 12:12,13 13:4
**two** 23:8 30:18,18,18
32:12 33:13 37:15
37:17,18 38:9 41:1
41:8 42:15,17,23
52:9 64:18
**Ty** 21:10
**typewriting** 67:10
**typewritten** 67:10

**U**

**Uh** 31:23 41:3
**uh-huh** 6:5 12:14
13:21 14:10,12
15:12,24 22:22
26:16 33:14 35:18
36:15 40:10 42:2
46:25 47:18 49:3
53:17,25 54:22
57:17 60:11 63:5
**Uh-uh** 5:19 8:20,25
9:2 23:4 25:5 34:6
45:18 53:4 58:1,16
61:7
**Um** 7:5 54:3 57:23
**understand** 5:10 6:11
26:14 41:9 64:3
65:6,7
**undertaking** 7:7
**United** 1:1 4:8
**University** 8:15
**upper** 39:13
**upright** 42:11
**USA** 25:16,17
**use** 13:11,22 30:3
55:14,15
**usually** 16:2 51:14

**V**

**Vegas** 1:17 4:5 6:22
**verbal** 6:3 10:20,22
10:23 29:9 34:19
**verbally** 8:21
**Verizon** 13:18 56:17
56:20
**versus** 4:7
**vibing** 36:25
**video** 45:6,16 52:14
58:5
**videographer** 1:14
2:15 4:1,10,21 5:21
6:6 65:2,25
**videotaped** 1:12 66:1
67:6
**view** 45:6
**VIP** 27:7,9
**Vlade** 48:15,17
**vs** 1:5

**W**

**Wade** 2:11,11 4:17,17
4:17 7:6,11,14 12:2
13:24 14:2 16:13,21
17:1 21:4 23:24
28:7 36:5 45:20
50:23,25 53:8 54:4
54:10 57:18 58:24
63:11,13 64:14 65:3
65:23
**wait** 23:16
**walk** 15:21 17:3 26:3
26:16
**walked** 24:16
**Wall** 21:12
**want** 7:5 11:16 14:8
15:10 16:24 23:12
28:19,21 30:23,24
31:15 35:16 40:2,3
41:9 55:14
**wanted** 52:9,11,16
**wants** 16:16
**wasn't** 18:22 20:14
**watch** 41:11
**way** 9:25 16:2 35:13
35:15 36:6,7 37:7
55:3 59:21
**ways** 57:1
**we'll** 33:19 47:24 48:5
**we're** 54:13 57:7 66:2
**we've** 31:15
**weapon** 18:24
**wearing** 20:4 34:9
**weather** 44:14
**weekend** 16:8
**weeks** 52:9
**weight** 32:22,23
33:25 34:7 40:14
51:9,10,13
**went** 8:12 17:22 18:3
18:4 19:4 20:2
44:14 57:2
**weren't** 52:19 59:22
**wet** 40:21
**WHEREOF** 67:16
**white** 33:7,20
**witness** 3:2 12:4,6

16:19 36:7 45:21
49:13 51:2 54:13
57:19 59:2 63:12
65:5,24 67:8,11,15
67:16
**Woman** 41:24,24
**women** 21:14,16,17
62:20,23
**word** 55:15
**words** 16:16 28:21
47:15 57:18
**work** 8:7,8,10 12:19
17:11,13 22:14,17
**worked** 25:15
**working** 18:21 25:8
25:10
**wouldn't** 51:5 54:17
54:19
**written** 49:19,22
**wrong** 59:22

**X**

**X** 3:1

**Y**

**yeah** 7:12 12:15,23
16:25 19:9 21:20,22
22:5,15,25 25:11
26:18 31:21 32:1,4
32:8 40:5 41:18
52:4 53:7 54:12,16
62:22 64:20 65:14
**year** 7:23 8:17 25:13
60:10
**years** 8:6 53:25
**York** 1:2 2:5,9,13 4:9
14:15 15:14 17:17
24:4 48:8 60:13

**Z**

**0**

**1**

**1** 4:2 30:25 33:20,20
67:12
**10** 29:19
**10:14** 1:15 4:4 67:7
**10005** 2:5

**10017** 2:9
**10038** 2:13
**11:09** 66:3,4
**12** 13:15
**125** 2:8
**140** 40:20
**15** 29:19
**16-CV-9461** 1:5 4:8
**180** 2:12

**2**
**2** 31:16 32:6 40:4
  62:25 67:14
**20** 15:6
**2016** 9:23 10:2 13:9
  13:12,15,22 14:11
  15:13 17:18 31:9
  51:12
**2017** 10:8
**2018** 1:13 4:3 66:2
  67:7,17
**21** 10:8
**24** 1:13 4:3 6:13 66:2
  67:7
**270** 51:14
**27209** 1:25

**3**
**3** 35:16,17 36:2
**30** 15:8 64:24 65:4,5
**30(e)** 67:14
**30th** 67:17
**32** 2:4

**4**
**400** 1:16 4:4,5
**4th** 9:23 10:2 13:8,15
  13:22 14:9 15:13
  16:15 19:11 31:9

**5**
**5** 3:4 23:11
**5th** 14:9 19:11

**6**
**6** 23:11 32:20
**6'10** 51:10
**6'7** 40:13
**6-foot** 19:3

**7**
**7:00** 16:5
**710** 1:24 67:20
**7th** 2:8

**8**
**8th** 2:4

**9**
**901** 2:12
**9th** 10:11