EXHIBIT "A"



[Press Release Law Suit Press Conference Part 4 - The Law Offices of Michael S. Lamonsoff, PLLC - YouTube](#)