UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/15/2023

JASMINE BESISO, and MYRONE POWELL,

                Plaintiffs,

v.

MATT BARNES, and DEMARCUS COUSINS,

                Defendant.

No. 16-cv-9461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Pending before the Court are motions for summary judgment by both Defendant Matt Barnes, *see* Dkt. 105, and Defendant DeMarcus Cousins, *see* Dkt. 104. For reasons that will follow, the motions are granted with respect to the causes of action for intentional infliction of emotional distress—the seventh and eighth causes of action against Defendant Barnes, and the eighth cause of action against Defendant Cousins—but are otherwise denied in their entirety.

    No later than March 20, 2023, the parties shall submit a joint letter with their availability for a conference to discuss next steps in this action, as well as dates when they are available to proceed to trial. The Clerk of Court is respectfully directed to terminate the motions pending at docket entries 104 and 105.

SO ORDERED.

Dated:   March 15, 2023
           New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge