```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BESISO, and MYRONE POWELL,

          Plaintiffs,

v.

MATT BARNES, and DEMARCUS COUSINS,

          Defendants.

No. 16-cv-9461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A telephonic conference in this action is hereby scheduled for September 22, 2023, at 11:30 a.m.; Call-In Number: (888) 363-4749; Access Code: 1015508#.

SO ORDERED.

Dated:   September 14, 2023
           New York, New York

                                          Hon. Ronnie Abrams
                                          United States District Judge