UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BESISO, and MYRONE POWELL,

        Plaintiffs,

v.

MATT BARNES, and DEMARCUS COUSINS,

        Defendants.

No. 16-CV-9461 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As the parties are aware, trial is scheduled to begin on December 11, 2023. In accordance with Rule 6 of this Court's Individual Rules & Practices of Civil Cases, the parties shall file all pretrial submissions, including but not limited to a joint pretrial order, a pretrial memorandum of law, any motions *in limine*, all documentary exhibits, and joint proposed voir dire questions, a verdict form, and jury instructions by November 13, 2023. Any opposition or response to such materials shall be filed by November 20, 2023. A final pretrial conference is scheduled for December 6, 2023 at 11:00 a.m.

    In addition, the parties shall notify the Court whether it can be of any assistance with settlement by way of referral either to the S.D.N.Y. Mediation Program or for a settlement conference before Magistrate Judge Willis.

SO ORDERED.

Dated:    October 25, 2023
             New York, New York

                                                  _____
                                                  Hon. Ronnie Abrams
                                                  United States District Judge