UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BESISO, and MYRONE POWELL,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>MATT BARNES, and DEMARCUS COUSINS,<br><br>　　　　　　　　　　　Defendants. | No. 16-cv-9461 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

In light of Defendant Barnes' letter dated November 8, 2023, the Court will hold a telephone conference on November 13, 2023, at 11:00 a.m. The parties shall use the following dial-in information to call in to the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public.

SO ORDERED.

Dated:　　　November 10, 2023
　　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Ronnie Abrams
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge