UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BESISO, and MYRONE POWELL,

                Plaintiffs,

v.

MATT BARNES, and DEMARCUS COUSINS,

                Defendants.

No. 16-cv-9461 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

    As discussed at Friday's conference, Plaintiffs Besiso and Powell and Defendant Cousins shall submit a letter to the Court on their availability for trial in January and February no later than tomorrow, November 22, 2023.

SO ORDERED.

Dated:    November 21, 2023
             New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge