UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JASMINE BESISO and MYRONE POWELL,

                Plaintiffs,

                v.

MATT BARNES and DEMARCUS COUSINS,

                Defendants.

No. 16-cv-9461 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

      The final pretrial conference scheduled for December 6, 2023, at 11:00 a.m., *see* Dkt. 149, is hereby adjourned to December 8, 2023, at 2:30 p.m. and will be held in Courtroom 1506 of the Thurgood Marshall United States Courthouse, 40 Foley Square.

SO ORDERED.

Dated:    November 30, 2023
             New York, New York

_____
Ronnie Abrams
United States District Judge