UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE BESISO and MYRONE POWELL,

                Plaintiffs,

v.

MATT BARNES and DEMARCUS COUSINS,

                Defendants.

No. 16-cv-9461 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    For the reasons stated at today's conference, IT IS HEREBY ORDERED that:

    With respect to Defendant Barnes' motions *in limine*, Motion No. 1 is granted in part and denied in part; Motions No. 2 and 7 are granted; Motions No. 3 and 5 are denied; Motions No. 4 and 8 are denied as moot; and Motion No. 6 is denied, although Plaintiffs must abide by the limitations discussed at today's conference.

    With respect to Defendant Cousins' motions *in limine*, Motions No. 1 and 5 are granted in part and denied in part; Motions No. 2, 3, 4, 7, and 8 are denied as moot; and Motion No. 6 is denied.

    The Clerk of Court is respectfully directed to terminate the motions pending at ECF Nos. 161, 163, 165, 167, 169, 171, 173, 175, 177, and 200.

SO ORDERED.

Dated:    December 8, 2023
             New York, New York

                                                Ronnie Abrams
                                                United States District Judge