UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE BESISO,<br><br>                    Plaintiff,<br><br>        v.<br><br>MATT BARNES,<br><br>                    Defendant. | No. 16-CV-9461 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

After a seven-day trial, the jury found in favor of defendant, Matt Barnes. The Clerk of Court is respectfully directed to upload to ECF the Court Exhibits from trial, each of which is attached to this Order:

    Court Exhibit 1: *Voir Dire* Questionnaire

    Court Exhibit 2: Draft Jury Charges Discussed at Charge Conference

    Court Exhibit 3: Jury Charge Provided to Jury

    Court Exhibit 4: Jury Note

    Court Exhibit 5: Jury Note

    Court Exhibit 6: Verdict Sheet

Consistent with Plaintiff's application, she may file post-trial motions no later than January 21, 2024. Defendant will have 30 days to respond.

SO ORDERED.

Dated:    December 21, 2023
             New York, New York

                                                          Ronnie Abrams
                                                            United States District Judge