**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
JASMINE BESISO,

                Plaintiff,                        16 **CIVIL** 9461 (RA)

    -against-                              **<u>JUDGMENT</u>**

MATT BARNES,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That after a Jury Trial before the Honorable Judge Ronnie Abrams, United States District Judge, the jury having returned a verdict in favor of Defendant, and the Complaint is hereby dismissed.

**DATED:** New York, New York

      December 21, 2023

| | |
|---|---|
| | **RUBY J. KRAJICK** |
| **So Ordered:** | **Clerk of Court** |
| _____ | BY: _____ |
| **U.S.D.J.** | **Deputy Clerk** |